To: Susan SOONG
From: Muhammad KHAN
Re: Magistrate Judge   Case: 18-cv-07490-SVK

1/1/19
BLF

Ms. Soong,

Thank you for writing me regarding this matter. I received your letter and request on 12/31/18. Since mail does not leave on 1/1 as per CDC "Holiday", this may arrive to you a day or two later than the third.

As such, I have signed my declination to assign Magistrate Judge Jurisdiction. Additionally, I recently found out the case was removed from county superior court and moved to the northern district. There were pleadings and a subpoena that may need to be refiled with the US District upon full assignment.

Since I am in custody, I will need approval for telephonic appearance for all hearings.

Respectfully,
M. KHAN, Pro Se