BRIAN L. JOHNSRUD, State Bar No. 184474
PATRICK SHERMAN, State Bar No. 229959
CYNTHIA JARA, State Bar No. 212011
CURLEY, HURTGEN & JOHNSRUD LLP
4400 Bohannon Drive, Suite 230
Menlo Park, CA 94025
Telephone:   650.600.5300
Facsimile:    650.323.1002
E-mail:   bjohnsrud@chjllp.com
          psherman@chjllp.com
          cjara@chjllp.com

Attorneys for Defendants
SAP LABS, LLC., SAP AMERICA, INC.,
JEWELL PARKINSON AND JENNY LE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>   Plaintiff,<br><br>   v.<br><br>SAP LABS, LLC., SAP AMERICA, INC. (erroneously sued as SAP Americas, LLC), JEWELL PARKINSON, AND JENNY LE,<br><br>   Defendants. | Case No. 5:18-cv-07490-BLF<br><br>**DEFENDANTS' NOTICE OF COMPLIANCE WITH THE COURT'S ORDER DIRECTING DEFENDANTS TO RE-SERVE PLAINTIFF WITH NOTICE OF REMOVAL AND MOTION TO DISMISS** |

   Defendants SAP Labs, LLC, SAP America, Inc., Jewell Parkinson and Jenny Le ("Defendants") hereby advise the Court that they have complied with its January 16, 2019 Order Directing Defendants To Re-Serve Plaintiff With Notice Of Removal And Motion To Dismiss [ECF18] by re-serving the referenced papers on Mr. Khan on January 17, 2019, at the address referenced in the Court's Order, as reflected in the proof of service attached as Exhibit A.

   Defendants also respectfully inform the Court that, in December 2018, their counsel's office contacted a Litigation Coordinator at the Correctional Training Facility where Plaintiff is incarcerated to inquire as to the best method to serve Mr. Khan so that he would receive papers in a timely manner.  In response, the Litigation Coordinator advised that legal documents should be

CURLEY, HURTGEN & JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

1

DEFENDANTS' NOTICE OF COMPLIANCE WITH THE COURT'S ORDER DIRECTING DEFENDANTS TO RE-SERVE PLAINTIFF WITH NOTICE OF REMOVAL AND MOTION TO DISMISS (Case No. 5:18-CV-07490-BLF)

addressed to the P.O. Box that Defendants used for service as documents addressed to this P.O. Box might be distributed more promptly than documents addressed to Mr. Khan's regular mailing address.  Defendants' counsel was also advised that if they sent legal documents to the address that Defendants used for service, someone at the Correctional Training Facility would sign and return a proof of service, showing that the document was personally served on Mr. Khan at the Correctional Training Facility.  Attached to this Notice are proofs of service filled out by the Correctional Training Facility and returned to Defendants' counsel indicating that Defendants' Notice of Removal (Ex. B) and Motion to Dismiss (Ex. C) were personally served on Mr. Khan on January 2, 2019.

Going forward, Defendants will serve Plaintiff at both P.O. Box numbers to help ensure prompt receipt of documents.

Respectfully Submitted,

Dated: January 17, 2019                    CURLEY, HURTGEN & JOHNSRUD LLP


By      /s/ Brian Johnsrud
    BRIAN L. JOHNSRUD
    Attorneys for Defendants
    SAP LABS, LLC, SAP AMERICA, INC.,
    JEWELL PARKINSON and JENNY LE

Counselors At Law
Menlo Park

2

DEFENDANTS' NOTICE OF COMPLIANCE WITH THE COURT'S ORDER DIRECTING DEFENDANTS TO RE-SERVE PLAINTIFF WITH NOTICE OF REMOVAL AND MOTION TO DISMISS (Case No. 5:18-CV-07490-BLF)