# EXHIBIT A

BRIAN L. JOHNSRUD, State Bar No. 184474
PATRICK M. SHERMAN, State Bar No. 229959
CYNTHIA M. JARA, State Bar No. 212011
CURLEY, HURTGEN & JOHNSRUD LLP
4400 Bohannon Drive, Suite 230
Menlo Park, CA 94025
Telephone:   650.600.5300
Facsimile:    650.323.1002
E-mail:  bjohnsrud@chjllp.com
          psherman@chjllp.com
          cjara@chjllp.com

Attorneys for Defendants
SAP LABS, LLC, SAP AMERICA, INC.,
JEWELL PARKINSON and JENNY LE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAP LABS, LLC, SAP AMERICA, INC.<br>(erroneously sued as SAP Americas, LLC),<br>JEWELL PARKINSON, AND JENNY<br>LE,<br><br>　　　　　　Defendants. | Case No. 18-CV-07490-SVK<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO. 18-CV-07490-SVK

Case 5:18-cv-07490-BLF   Document 19   Filed 01/17/19   Page 2 of 3

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Mateo, State of California, and not a party to the within-entitled action.  My business address is 4400 Bohannon Drive, Suite 230, Menlo Park, CA 94025.

On January 17, 2019, as provided in FRCivP 5(b), I served the within document(s):

**ECF DOCKET NO. 1 – DEFENDANTS' NOTICE OF REMOVAL OF ACTION;**

**ECF DOCKET NO. 1-1 – CIVIL COVER SHEET;**

**ECF DOCKET NO. 1.2 – DECLARATION OF JEWELL PARKINSON IN SUPPORT OF DEFENDANTS SAP LABS, LLC, SAP AMERICA, INC., JENNY LEE AND JEWELL PARKINSON'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1441;**

**ECF DOCKET NO. 1.3 – DECLARATION OF ELIZABETH HECK IN SUPPORT OF DEFENDANTS SAP LABS, LLC, SAP AMERICA, INC., JENNY LEE AND JEWELL PARKINSON'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1441;**

**ECF DOCKET NO. 1.4 – DECLARATION OF BRIAN L. JOHNSRUD IN SUPPORT OF DEFENDANTS SAP LABS, LLC, SAP AMERICA, INC., JENNY LEE AND JEWELL PARKINSON'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1441;**

**ECF DOCKET NO. 1.5 – REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT OF DEFENDANTS SAP LABS, LLC, SAP AMERICA, INC., JENNY LEE AND JEWELL PARKINSON'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1441;**

**ECF DOCKET NO. 1.6 – PROOF OF SERVICE;**

**ECF DOCKET NO. 2 – DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PARTIES; and**

**ECF DOCKET NO. 3 – DEFENDANTS SAP LABS, LLC AND SAP AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT;**

**ECF DOCKET NO. 7 – DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**ECF DOCKET NO. 7-1 – REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT OF DEFENDANTS SAP LABS, LLC, SAP AMERICA, INC., JENNY LE AND JEWELL PARKINSON'S MOTION TO DISMISS;**

1       **ECF DOCKET NO.7-2 – [PROPOSED] ORDER GRANTING DEFENDANTS SAP LABS, LLC, SAP AMERICA, INC., JENNY LEE AND JEWELL PARKINSON'S MOTION TO DISMISS;**

2

3       **ECF DOCKET NO. 7-3 – PROOF OF SERVICE;**

4

5       **ECF DOCKET NO. 14 – DEFENDANTS' NOTICE TO THE COURT THAT THEY HAVE NOT RECEIVED AN OPPOSITION TO THEIR MOTION TO DISMISS; AND REQUEST THAT THE COURT SET A NEW HEARING DATE FOR THE MOTION TO DISMISS; and**

6

7       **ECF DOCKET NO. 14-1 – PROOF OF SERVICE.**

8

9  ☒      by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below.

10

11  ☐      by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

12

13

14  ☐      by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

15

16  Muhammad Khan
BF7156

17  Correctional Training Facility
P. O. Box 689

18  Soledad, CA 93960

19       I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

20  day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage

21  meter date is more than one day after date of deposit for mailing in affidavit.

22       Executed on January 17, 2019, at Menlo Park, California.

23       I declare under penalty of perjury that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and that the foregoing is true and correct.

24

25

26  _____
              LYNETTE POLA

27

28

CURLEY, HURTGEN &
JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

2                                    PROOF OF SERVICE
CASE NO. 18-CV-07490-SVK