# EXHIBIT B

```
1  BRIAN L. JOHNSRUD, State Bar No. 184474
   PATRICK M. SHERMAN, State Bar No. 229959
2  CYNTHIA M. JARA, State Bar No. 212011
   CURLEY, HURTGEN & JOHNSRUD LLP
3  4400 Bohannon Drive, Suite 230
   Menlo Park, CA 94025
4  Telephone:  650.600.5300
   Facsimile:   650.323.1002
5  E-mail:  bjohnsrud@chjllp.com
            psherman@chjllp.com
6           cjara@chjllp.com

7  Attorneys for Defendants
   SAP LABS, LLC, SAP AMERICA, INC.,
8  JEWELL PARKINSON and JENNY LE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>             Plaintiff,<br><br>    v.<br><br>SAP LABS, LLC, SAP AMERICA, INC. (erroneously sued as SAP Americas, LLC), JEWELL PARKINSON, AND JENNY LE,<br><br>             Defendants. | Case No. _____<br><br>**PROOF OF SERVICE** |

CURLEY, HURTGEN &
JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

PROOF OF SERVICE
CASE NO. _____

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Mateo, State of California, and not a party to the within-entitled action. My business address is Soledad Prison Road, Soledad, CA 93960.

On ___1/2/19___, 20~~18~~ 17, as provided in FRCivP 5(b), I served the within document(s):

CIVIL COVER SHEET;

DEFENDANTS' NOTICE OF REMOVAL OF ACTION;

DECLARATION OF ELIZABETH HECK IN SUPPORT OF DEFENDANTS SAP LABS, LLC, SAP AMERICA, INC., JENNY LE AND JEWELL PARKINSON'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441;

DECLARATION OF JEWELL PARKINSON IN SUPPORT OF DEFENDANTS SAP LABS, LLC, SAP AMERICA, INC., JENNY LE AND JEWELL PARKINSON'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441;

DECLARATION OF BRIAN L. JOHNSRUD IN SUPPORT OF DEFENDANTS SAP LABS, LLC, SAP AMERICA, INC., JENNY LE AND JEWELL PARKINSON'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441;

REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT OF DEFENDANTS SAP LABS, LLC, SAP AMERICA, INC., JENNY LE AND JEWELL PARKINSON'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441;

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PARTIES [N.D. CAL. CIV. L.R. 3-15]; and

DEFENDANTS SAP LABS, LLC AND SAP AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT [FED. R. CIV. P. 7.1].

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

CURLEY, HURTGEN & JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

1

PROOF OF SERVICE
CASE NO. _____

| | | |
|---|---|---|
| 1 | ☒ | by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below. |
| 2 | | |
| 3 | ☐ | by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below. |
| 4 | | |

Muhammad Khan, CTF BF7156
c/o Correctional Training Facility
Attn: Proof of Service
P.O. Box 686
Soledad, CA  93960

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on __1/2/19__, 2019, at Soledad, California.

I declare under penalty of perjury that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and that the foregoing is true and correct.

_____
SIGNATURE

__Genita Burchette__
PRINT NAME