# EXHIBIT C

| | |
|---|---|
| 1 | BRIAN L. JOHNSRUD, State Bar No. 184474 |
|   | PATRICK M. SHERMAN, State Bar No. 229959 |
| 2 | CYNTHIA M. JARA, State Bar No. 212011 |
|   | CURLEY, HURTGEN & JOHNSRUD LLP |
| 3 | 4400 Bohannon Drive, Suite 230 |
|   | Menlo Park, CA 94025 |
| 4 | Telephone:  650.600.5300 |
|   | Facsimile:   650.323.1002 |
| 5 | E-mail:  bjohnsrud@chjllp.com |
|   |          psherman@chjllp.com |
| 6 |          cjara@chjllp.com |
| 7 | Attorneys for Defendants |
|   | SAP LABS, LLC, SAP AMERICA, INC., |
| 8 | JEWELL PARKINSON and JENNY LE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MUHAMMAD KHAN, | | Case No. 3: 18-CV-07490-SVK |
| | Plaintiff, | **PROOF OF SERVICE** |
| v. | | |
| SAP LABS, LLC, SAP AMERICA, INC. (erroneously sued as SAP Americas, LLC), JEWELL PARKINSON, AND JENNY LE, | | |
| | Defendants. | |

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Mateo, State of California, and not a party to the within-entitled action. My business address is Soledad Prison Road, Soledad, CA 93960.

On ___1/2/19___, 2019, as provided in FRCivP 5(b), I served the within document(s):

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT OF DEFENDANTS SAP LABS, LLC, SAP AMERICA, INC., JENNY LE AND JEWELL PARKINSON'S MOTION TO DISMISS**

**[PROPOSED] ORDER GRANTING DEFENDANTS SAP LABS, LLC, SAP AMERICA, INC., JENNY LE AND JEWELL PARKINSON'S MOTION TO DISMISS**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☒ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

Muhammad Khan, CTF BF7156
c/o Correctional Training Facility
Attn: Proof of Service
P.O. Box 686
Soledad, CA 93960

CURLEY, HURTGEN &
JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

1

PROOF OF SERVICE
CASE NO. 18-CV-07490-SVK

1     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on ___1/2/19___, 2019, at Soledad, California.

    I declare under penalty of perjury that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and that the foregoing is true and correct.

_____
SIGNATURE

_Genita Burchette_
PRINT NAME

CURLEY, HURTGEN & JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

2

PROOF OF SERVICE
CASE NO. 18-CV-07490-SVK