# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MUHAMMAD KHAN, <br> Plaintiff, <br> v. <br> SAP LABS, LLC, et al., <br> Defendants. | Case No. 18-cv-07490-BLF <br><br> **ORDER ADDRESSING PLAINTIFF'S NOTICE FILED FEBRUARY 11, 2019; AND EXTENDING PLAINTIFF'S DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS TO MARCH 1, 2019** |

Plaintiff, who is incarcerated and proceeding pro se, filed the complaint in this action in the Santa Clara County Superior Court on August 21, 2018. *See* Notice of Removal, ECF 1. Defendants removed the action to federal district court and filed a motion to dismiss which is set for hearing on May 16, 2019. *See* Notice of Removal, ECF 1; Motion to Dismiss, ECF 7.

Plaintiff has not filed an opposition to the Motion to Dismiss and his time to do so has expired. On February 11, 2019, Plaintiff filed a "notice" in which he: (1) asserts that Defendants have not responded to his subpoenas; (2) states that he needs the subpoenaed documents to respond to the Motion to Dismiss and to amend his complaint; (3) requests leave to amend his complaint; and (4) asks that this case be designated as "complex." *See* Pl.'s Notice, ECF 23. Defendants filed a response to the notice on February 13, 2019. *See* Defs.' Response, ECF 24.

**A.  Subpoenas**

With respect Plaintiff's assertion that Defendants have failed to respond to discovery requests, discovery is not yet open in this case. If discovery disputes arise in the future, Plaintiff may file an appropriate motion before Magistrate Judge Susan van Keulen, who is the referral Magistrate Judge assigned to all discovery disputes in this case. To the extent Plaintiff is requesting relief from the undersigned regarding the subpoenas, the request is DENIED.

### B. Opposition to Motion to Dismiss

The fact that Plaintiff has not received the subpoenaed documents does not excuse his failure to oppose Defendant's Motion to Dismiss in a timely fashion. Plaintiff is not entitled to discovery unless and until he states a viable claim against Defendants. *See Mujica v. AirScan Inc.*, 771 F.3d 580, 593 (9th Cir. 2014) ("The Supreme Court has stated, however, that plaintiffs must satisfy the pleading requirements of Rule 8 *before* the discovery stage, not after it."). The Court nonetheless will grant Plaintiff a short extension of time to file his opposition because of his pro se status and his confusion regarding the significance of the subpoenas.

Plaintiff's deadline to file opposition to the Motion to Dismiss is EXTENDED to March 1, 2019. No further extensions will be granted.

### C. Request for Leave to Amend

Plaintiff's request for leave to amend the complaint does not provide sufficient information for the Court to consider it. He states that he wishes to "add missing defendants," but he does not explain who he wishes to add or why. The request for leave to amend is DENIED WITHOUT PREJUDICE to the filing of a motion for leave to amend under Federal Rule of Civil Procedure 15(a). Plaintiff must attach a proposed amended complaint to any motion for leave to amend.

### D. Request to Designate Case as Complex

Finally, Plaintiff's request to designate this case as "complex" is DENIED.

**IT IS SO ORDERED.**

Dated: February 15, 2019

_____
BETH LABSON FREEMAN
United States District Judge