1  BRIAN L. JOHNSRUD, State Bar No. 184474
   PATRICK M. SHERMAN, State Bar No. 229959
2  CYNTHIA M. JARA, State Bar No. 212011
   CURLEY, HURTGEN & JOHNSRUD LLP
3  4400 Bohannon Drive, Suite 230
   Menlo Park, CA 94025
4  Telephone:   650.600.5300
   Facsimile:    650.323.1002
5  E-mail:   bjohnsrud@chjllp.com
             psherman@chjllp.com
6            cjara@chjllp.com

7  Attorneys for Defendants
   SAP LABS, LLC, JENNY LE AND
8  SANJAY SHIROLE

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11

12  MUHAMMAD KHAN,                        Case No. 5:18-CV-07490-BLF

13            Plaintiff,                  **REQUEST FOR JUDICIAL NOTICE
                                          FILED IN SUPPORT OF DEFENDANTS'**
14        v.                              **MOTION TO DISMISS AMENDED
                                          COMPLAINT**
15  SAP LABS, LLC; JENNY LE; SANJAY
    SHIROLE; and DOES 1-30;
16
             Defendants.
17

18        Defendants SAP Labs, LLC, Jenny Le and Sanjay Shirole hereby request that the Court

19  take judicial notice of the following documents:

20        1.   The Felony Abstract of Judgment – Determinate Single, Concurrent, or Full-Term

21             Consecutive Count Form, showing that Muhammad Khan ("Plaintiff") was convicted

22             of arson of an inhabited structure, a true and correct copy of which is attached hereto

23             as **Exhibit "A."**

24        Under Federal Rule of Evidence 201(b), federal courts can take judicial notice of a

25  criminal conviction in a state court.  *See United States v. Black,* 482 F.3d 1035, 1041 (9th Cir.

26  2007) (taking judicial notice of controlled-substances-related Judgment of Conviction that was

27  issued by a Nevada state court against Black and stating that appellate courts "'may take notice of

28

CURLEY, HURTGEN &
JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION TO DISMISS
(CASE NO. 5:18-CV-07490-BLF)

1    proceedings in other courts, both within and without the federal judicial system, if those

2    proceedings have a direct relation to matters at issue.'") (quoting *United States ex rel. Robinson*

3    *Rancheria Citizens Council v. Borneo, Inc.,* 971 F.2d 244, 248 (9th Cir.1992) (taking judicial

4    notice of a California court's final judgment); *see also Rivera-Delgado v. Holder,* 320 Fed.Appx.

5    567, 569 (9th Cir. 2009) (court took judicial notice of the vacatur of a criminal conviction

6    because "[t]he vacatur is an 'adjudicative fact' that is 'capable of accurate and ready

7    determination by resort to sources whose accuracy cannot be reasonably questioned' under

8    Federal Rule of Evidence 201. We therefore take judicial notice of it.")

9        2.  Plaintiff's DFEH administrative charge, a true and correct copy of which is attached

10           hereto as **Exhibit "B"**; and the Right to Sue notice issued by the DFEH to Plaintiff, a

11           true and correct copy of which is attached hereto as **Exhibit "C."**

12   Per Federal Rule of Evidence 201, the Court may take judicial notice of a fact that is not

13   subject to reasonable dispute because it is generally known within the trial court's territorial

14   jurisdiction, or because it can be accurately and readily determined from sources whose accuracy

15   cannot reasonably be questioned.  A court properly takes judicial notice of a DFEH administrative

16   charge and Right to Sue Notice as these are public records of an administrative body whose

17   accuracy is not in dispute.  *Dornell v. City of San Mateo*, 19 F. Supp. 3d 900, 904 n. 3 (N.D. Cal.

18   2013).

19       3.  The Complaint that plaintiff filed with the state court on August 21, 2018, a true and

20           correct copy of which is attached hereto as **Exhibit "D."**

21   The Court may take judicial notice of documents filed in the state court.  *Tan v. GrubHub,*

22   *Inc.,* 171 F. Supp. 3d 998, 1003 n. 2 (N.D. Cal. 2016).

23

24

25

26

27

28

CURLEY, HURTGEN &
JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION TO DISMISS
(CASE NO. 5:18-CV-07490-BLF)

1     Dated:  May 22, 2019                    CURLEY, HURTGEN & JOHNSRUD LLP

2

3                                            By_____/s/ Brian L. Johnsrud _____
                                                BRIAN L. JOHNSRUD
4                                               Attorneys for Defendants
                                                SAP LABS, LLC, JENNY LE and
5                                               SANJAY SHIROLE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CURLEY, HURTGEN &
JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

3

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION TO DISMISS
(CASE NO. 5:18-CV-07490-BLF)

# Exhibit A

FELC  ABSTRACT OF JUDGMENT—DETERMIN
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM
*(Not to be used for multiple count convictions or for 1/3 consecutive sentences)*

CR-290.1

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>SANTA CLARA - HALL OF JUSTICE | |

| PEOPLE OF THE STATE OF CALIFORNIA vs.          DOB: 11/28/89<br>DEFENDANT:<br>Muhammad Khan<br>AKA:<br>CII NO.: A34009437<br>BOOKING NO.: 16001325                    ☐ NOT PRESENT | CASE NUMBER<br><br>B1683806 |

| FELONY ABSTRACT OF JUDGMENT<br>☑ PRISON COMMITMENT   ☐ COUNTY JAIL COMMITMENT | ☐ AMENDED<br>ABSTRACT |

| DATE OF HEARING<br>02/02/18 | DEPT. NO.<br>89 | JUDGE<br>Vincent J. Chiarello |
|---|---|---|

| CLERK<br>R. Stafford | REPORTER<br>C. Bagatelos | PROBATION NO. OR PROBATION OFFICER<br>D. Salas | ☐ IMMEDIATE SENTENCING |
|---|---|---|---|

| COUNSEL FOR PEOPLE<br>C. Huang | COUNSEL FOR DEFENDANT<br>C. Smith | ☐ APPOINTED |
|---|---|---|

1. Defendant was convicted of the commission of the following felony:

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | JURY | COURT | PLEA | TERM (L, M, U) | SERIOUS FELONY | VIOLENT FELONY | TIME IMPOSED YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 451(b) | Arson of inhabited structure | 2016 | 09/06/17 | X | | | M | | | 5 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| COUNT | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| 1 | PC451.1(a)(5) | 4 | | | | | 4 | 0 |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |

4. Defendant sentenced: ☐ to county jail per PC 1170(h)(1) or (2)  ☐ per PC 667(b)-(i) or PC 1170.12 (strike prior)
☑ to prison per PC 1170(a) or 1170(h)(3) due to ☐ current or prior serious or violent felony ☐ PC 290 or ☐ PC 186.11 enhancement
☐ PC 1170(a)(3). Pre-confinement credits equal or exceed time imposed. ☐ Defendant ordered to report to local parole or probation office upon release.

5. FINANCIAL OBLIGATIONS (plus any applicable penalty assessments):
Restitution Fine(s): $2700 per PC1202.4 (b) forthwith per PC 2085.5 if prison commitment  $2700 per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.
Restitution per PC1202.4 (f): ☑ $GEN  ☐ Amount to be determined to ___ ☐ * victim(s) ☐ Restitution Fund
* ☐ Victim name(s), if known, and amount breakdown in item 8, below.  * ☐ Victim name(s) in probation officer's report.
Fine(s): $_____ per PC 1202.5.  $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ Includes: ☐ $_____ Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense.
☑ Court Operations Assess.: $40 per PC 1465.8. ☑ Conviction Assess.: $30 per GC 70373. ☐ Other: $_____ per (specify): _____

6. TESTING:  a. ☑ Compliance with PC 296 verified  b. ☐ AIDS per PC 1202.1  c. ☐ other (specify): _____

7. IMMEDIATE SENTENCING: ☐ Probation to prepare and submit a post sentence report to CDCR per PC 1203c. Deft's Race / National Origin _____

8. Other orders (specify): PC29800/30305 adv. Cnt 1 fines wvd. PO mod x 3, exp 2/2/28 no contact. CJAF $129.75. Addt'l fees wvd. Adv 3 yrs

9. TOTAL TIME IMPOSED: parole/PRCS. Adv appeal.            9        0

10. ☐ MANDATORY SUPERVISION: Execution of a portion of the total jail time imposed in item 9 is suspended and deemed a period of mandatory supervision under PC 1170(h)(5)(B) as follows: Suspended portion: _____ Served forthwith: _____

11. ☐ This sentence is to run concurrent with (specify): _____   12. Registration Required: ☑ per (specify code section): PC457.1

13. Execution of sentence imposed: a. ☑ at initial sentencing hearing. b. ☐ at resentencing per decision on appeal. c. ☐ after revocation of probation.
d. ☐ at resentencing per recall of commitment. (PC 1170(d).) e. ☐ other (specify): _____

14.

| DATE SENTENCE PRONOUNCED | CREDIT FOR TIME SPENT IN CUSTODY TOTAL DAYS: | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | TIME SERVED IN STATE INSTITUTION |  |  |
|---|---|---|---|---|---|---|
| | | | | DMH | CDCR | CRC |
| 02/02/18 | 397 | 346 | 51  ☐ 2933  ☑ 2933.1  ☐ 4019 | [ ] | [ ] | [ ] |

15. The defendant is remanded to the custody of the sheriff ☑ forthwith ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to ☑ the reception center designated by the director of the California Department of Corrections and Rehabilitation.
☐ county jail ☐ Other (specify): _____

*488*

CLERK OF THE COURT: I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE 02/22/18 |
|---|---|

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CR-290.1 [Rev. July 1, 2012]

**FELONY ABSTRACT OF JUDGMENT—DETERMINATE
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM**

Penal Code,
§§ 1170, 1213, 1213.5

# Exhibit B



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                                    GOVERNOR EDMUND G. BROWN JR.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                    DIRECTOR KEVIN KISH
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 | TDD 800-700-2320
www.dfeh.ca.gov | email: contact.center@dfeh.ca.gov

March 10, 2017

Agent for Service for SAP LABS LLC
Vivian Imperial
CT Corporation System
818 W Seventh St., Suite 930
Los Angeles, CA 90017


**Respondent:**

SAP LABS LLC

RE:    **Notice of Filing of Discrimination Complaint – Response Requested**
       DFEH Number: 837814-264424
       Khan / SAP LABS LLC

To All Listed Respondents:

Enclosed is a copy of a complaint filed with the Department of Fair Employment and
Housing (DFEH). The enclosed complaint, in which you have been named a
Respondent or Co-Respondent, alleges unlawful discrimination pursuant to Government
Code section 12960.

The DFEH serves as a neutral fact-finder and represents the state of California rather
than the complaining party. The merits of this complaint have not been determined. It
was, however, subjected to a screening process, and the allegations, if proven, could
support a finding of discrimination.

It is noted that this complaint was untimely filed; however, under California Code of
Regulations, title 2, section 10018 and Department of Fair Employment and Housing v.
Cairo (Sept. 14, 1984) No. 84-04, FEHC Precedential Decisions 1984-85, CEB 3 [1984
WL 54284], the one-year time limit for filing a complaint with the department may be
tolled in cases where the DFEH itself, through no fault of the complainant, misleads the
complainant about filing obligations, commits errors in processing the complaint, or
improperly discourages or prevents the complainant from filing at all. The Department
is pursuing this complaint based on these principles.

Government Code Section 12940, subdivision (f), prohibits any retaliatory action against
a person because he or she has filed a complaint, has opposed any practices forbidden
under the Fair Employment and Housing Act, or has assisted in any proceeding before
the DFEH.

California Government Code section 12946 requires that all employment records (or
union membership and referral records) be retained for a minimum of two (2) years.

Notice of Filing of Discrimination Complaint
March 10, 2017
Page 2

When a discrimination complaint has been served, the records must be kept until the DFEH closes its inquiry and until any resulting law suit or appeal has been terminated.

**You must submit a response to the questions below <u>within thirty (30) days</u> (by no later than April 14, 2017) of the date of this letter.**

1. State the legal name of your business and any other name(s) under which you do or have done business in California.

2. State your business address. Please note that you are required to notify the DFEH in writing of any change of address and the effective date of such change while the complaint is under investigation and throughout any administrative adjudication. (California Code of Regulations, title 2, sections 7403 and 7411).

3. State type of legal business entity (i.e., corporation, partnership, limited partnership, sole proprietorship, etc.).

4. Does your company have a current contract(s) for the provisions of goods, services or public works with the State of California or receive federal funds? If so, name the awarding agency.

5. Identify the person or person designated to represent the company in this matter. Provide telephone contact number, email address, and mailing address for your representative(s).

6. Provide a statement of the employer's position with regards to the allegations contained in the complaint.
   I believe I was terminated on the basis of my disability and in retaliation for taking California Family Rights Act Leave. My beliefs are based on the following:

   From June 1, 2015 to December 1, 2015, my physician place me on leave due to my disability.

   On December 1, 2015, Jenny Lee, Human Resources told me I was being terminated due to recent events.

7. Provide copies of documents that support the employer's position regarding the allegations contained in the complaint.

8. Provide copies of Complainant's entire personnel file.

9. Provide a copy of the Employee Handbook.

10. State Complainant's date of hire.

11. <u>CFRA</u> - State how many employees you regularly employ. Also indicate how many person(s) you employ within the State of California.

Notice of Filing of Discrimination Complaint
March 10, 2017
Page 3

12. State how long the Complainant has worked for you?  Also indicate how many hours the Complainant worked in the 12 months preceding his or her request for leave?

13. Provide a copy of the Family Rights Act leave request made by the Complainant.

14. Provide a copy of correspondence from you to the Complainant pertaining to the Family Rights Act leave request made by the Complainant.

15. Termination - State the reason(s) complainant was terminated and provided all documentation to support your reasons, i.e. counseling notices, written reprimands attendance record, etc.

16. Explain or submit a copy of the policy, which governed complainant's termination.

17. Provide a copy of Complainant's personnel file and any written notice(s) to complainant of his/her termination.

18. List the names of all person(s) involved in the decision to terminate complainant. State each person's job title and responsibility as it relates to the decision to terminate complainant and the issues raised by the complainant in his/her charge of discrimination.

19. Describe your company's practices regarding discipline and dismissal of employees in complainant's classification and the classifications of non-lead worker/supervisory positions including a description of the disciplinary steps required prior to termination for cause.  Provide copies of any written policies.

20. State how this policy was applied to complainant.

21. Provide a copy of the job description for complainant.  If no written description exists describe the duties, responsibilities and required skills.

22. List all employees, to include complainant, who were supervised by the same person supervising complainant during the past two years.  Identify each person's protected class and job.

23. Identify which of these employees were discharged for the same or equally serious reason as the complainant.  Provide supporting documentation.


Your response can be submitted by mail.  In all mailed correspondence, please include your DFEH number **837814-264424** and mail it to DFEH, 2218 Kausen Drive, Suite 100, Elk Grove, CA 95758.

If you are interested in discussing a possible settlement of this complaint, please

Notice of Filing of Discrimination Complaint
March 10, 2017
Page 4

contact me immediately. This will avoid unnecessary delay and limit any potential liability. All settlement discussions are confidential, and not subject to disclosure. All discussions referring to evidence or information which has a bearing on determining the merits of this complaint will not be considered part of a settlement discussion unless confidentiality is acknowledged by the DFEH. If a settlement is reached which is mutually acceptable to the parties, submission of the requested information may not be necessary.

If you have any questions, please contact me.

Sincerely,

*Julia Carmona*
Julia Carmona
Consultant II
559.244.4766
julia.carmona@dfeh.ca.gov

Enclosure

CERTIFIED MAIL: 70050390000076584255

**COMPLAINT OF EMPLOYMENT DISCRIMINATION
BEFORE THE STATE OF CALIFORNIA
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING
Under the California Fair Employment and Housing Act
(Gov. Code, § 12900 et seq.)**

Complaint of                                          DFEH No. 837814-264424
Muhammad Khan, Complainant.
2625 MIDDLEFIELD RD, Unit 692
Palo Alto, CA 94306

vs.

SAP LABS LLC Respondent.
3475 Deer Creek Rd
Palo Alto,  CA 94304

---

THE PARTICULARS ARE:

1. I, Muhammad Khan, allege that I was subjected to Discrimination, Retaliation by
respondent, SAP LABS LLC due to one or more Fair Employment and Housing Act
protected bases: Disability [physical or mental], Family Care or Medical Leave.

2. I was Denied a work environment free of discrimination and/or retaliation,
Terminated. The most recent harm occurred on or around December 01, 2015.

3. My belief is based on the following:
I believe I was terminated on the basis of my disability and in retaliation for taking
California Family Rights Act Leave.  My beliefs are based on the following:  From June
1, 2015 to December 1, 2015, my physician place me on leave due to my disability.  On
December 1, 2015, Jenny Lee, Human Resources told me I was being terminated due
to recent events.

-2-

VERIFICATION

I, Muhammad Khan, am the Complainant in the above complaint.  I have read the above complaint and know its contents.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct of my own knowledge, except as to those matters alleged on information and belief, which I also believe to be true.

Signature of Complainant or Complainant's Legal Representative:    Date:
    Mar 5, 2017

Muhammad Khan (Mar 5, 2017)

# Exhibit C



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                                   GOVERNOR EDMUND G. BROWN JR.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                                 DIRECTOR KEVIN KISH
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 | TDD 800-700-2320
www.dfeh.ca.gov | email: contact.center@dfeh.ca.gov

July 24, 2017

Muhammad Khan
2625 MIDDLEFIELD RD, Unit 692
Palo Alto CA 94306

RE:  **Notice of Case Closure and Right to Sue**
     DFEH Number: 837814-264424
     EEOC Number: Santa Clara - N
     Khan  / SAP LABS LLC

Dear Muhammad Khan:

The Department of Fair Employment and Housing (DFEH) has closed your case for the
following reason:  Investigated and Dismissed-Insufficient Evidence. Based upon its
investigation, DFEH is unable to conclude that the information obtained establishes a
violation of the statute. This does not certify that the respondent is in compliance with
the statutes. No finding is made as to any other issues that might be construed as
having been raised by this complaint.

**This is your Right to Sue notice.** According to Government Code section 12966,
subdivision (b), a civil action may be brought under the provisions of the Fair
Employment and Housing Act against the person, employer, labor organization or
employment agency named in the above-referenced complaint.  This is also applicable
to DFEH complaints that are filed under, and allege a violation of, Government Code
section 12948, which incorporates Civil Code sections 51, 51.7, and 54.  The civil action
must be filed within one year from the date of this letter.  However, if your civil complaint
alleges a violation of Civil Code section 51, 51.7, or 54, you should consult an attorney
about the applicable statutes of limitation.

Your complaint is **not dual filed** with the United States Equal Employment Opportunity
Commission (EEOC).  To obtain a federal Right to Sue notice, you must visit the U.S.
Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days
of receipt of this letter or within 300 days of the alleged discriminatory act, whichever is
earlier.

You may file an appeal with DFEH which is a written request made to the District
Administrator for reconsideration of the decision to close your case.  Your appeal should
include a 1) summary as to why you disagree with the reason; and/or, 2) any new
detailed information (e.g., documents, records, witness information) that supports your
claim.  If you appeal, the information you provide will be carefully considered.

Although DFEH has concluded that the evidence and information did not support a
finding that a violation occurred, the allegations and conduct at issue may be in violation
of other laws.  You should consult an attorney as soon as possible regarding any other

Notice of Case Closure and Right to Sue
July 24, 2017
Page 2 of 3

options and/or recourse you may have regarding the underlying acts or conduct.

Should you decide to bring a civil action on your own behalf in court in the State of California under the provisions of the California Fair Employment and Housing Act (FEHA) against the person, employer, labor organization or employment agency named in your complaint, below are resources for this.  Please note that if a settlement agreement has been signed resolving the complaint, you might have waived the right to file a private lawsuit.

## Finding an Attorney
To proceed in Superior Court, you should contact an attorney.  If you do not already have an attorney, the organizations listed below may be able to assist you:

- The State Bar of California has a Lawyer Referral Services Program which can be accessed through its Web site at www.calbar.ca.gov or by calling (866) 442-2529 (within California) or (415) 538-2250 (outside California).

- Your county may have a lawyer referral service.  Check the Yellow Pages of your telephone book under "Attorneys."

## Filing in Small Claims Court
- The Department of Consumer Affairs (DCA) has a publication titled "The Small Claims Court: A Guide to Its Practical Use" online at of "The Small Claims Court: A Guide to Its Practical Use" online at http://www.dca.ca.gov/publications/small_claims.  You may also order a free copy of "The Small Claims Court: A Guide to Its Practical Use" online, by calling the DCA Publication Hotline at (866) 320-8652, or by writing to them at: DCA, Office of Publications, Design and Editing; 1625 North Market Blvd., Suite N-112; Sacramento; CA; 95834.

- The State Bar of California has information on "Using the Small Claims Court" under the "Public Services" section of its Web site located at www.calbar.ca.gov.

Sincerely,

*Robert Isenberg*

Robert Isenberg
Consultant III
(559)244-4768
Robert.Isenberg@dfeh.ca.gov

# Exhibit D

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:** SAP Labs, LLC ; SAP Americas, LLC ;
*(AVISO AL DEMANDADO):* Jenny Le ; Jewel Parkinson

**F I L E D**

AUG 2 1 2018

Clerk of the Court
Superior Court of CA County of Santa Clara
BY _____ R. Jimenez _____ DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:** MUHAMMAD KHAN
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* | SCC Superior Ct <br> 191 N First St <br> SAN JOSE, CA <br> 95113 | CASE NUMBER <br> *(Número del Caso):* <br> 18CV333969 |
|---|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

MUHAMMAD KHAN , CTF, BF7156 , PO Box 689 , SOLEDAD, CA , 93960

| DATE: <br> *(Fecha):* 7/31/18  AUG 2 1 2018 | Clerk, by <br> *(Secretario)* R. Jimenez | , Deputy <br> *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| MUHAMMAD KHAN<br>CTF, BF7156, PO BOX 689<br>SOLEDAD, CA 93960<br>TELEPHONE NO: N/A     FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: N/a<br>ATTORNEY FOR *(Name)*: SELF | **F I L E D**<br><br>AUG 2 1 2018<br><br>Clerk of the Court<br>Superior Court of CA County of Santa Clara<br>BY_____ DEPUTY<br>R. Jimenez |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SANTA CLARA
STREET ADDRESS: 191 N First St
MAILING ADDRESS:
CITY AND ZIP CODE:   SAN JOSE   95113
BRANCH NAME:

PLAINTIFF: MUHAMMAD KHAN

DEFENDANT: 1) SAP Labs, LLC      3) Jenny Le
2) SAP Americas, LLC   4) Jevel Parkinson

☐ DOES 1 TO _____

| | CONTRACT | |
|---|---|---|
| ☒ COMPLAINT | ☐ AMENDED COMPLAINT *(Number)*: | |
| ☐ CROSS-COMPLAINT | ☐ AMENDED CROSS-COMPLAINT *(Number)*: | |

| Jurisdiction *(check all that apply)*: | CASE NUMBER: |
|---|---|
| ☐ ACTION IS A LIMITED CIVIL CASE<br>Amount demanded ☐ does not exceed $10,000<br>☐ exceeds $10,000 but does not exceed $25,000<br>☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>☐ from limited to unlimited<br>☐ from unlimited to limited | **18CV333969** |

1. **Plaintiff*** *(name or names)*:   MUHAMMAD KHAN

   alleges causes of action against **defendant*** *(name or names)*:   1) SAP Labs, LLC      3) Jenny Le
   2) SAP Americas, LLC   4) Jevel Parkinson

2. This pleading, including attachments and exhibits, consists of the following number of pages: 10

3. a. Each plaintiff named above is a competent adult
      ☒ except plaintiff *(name)*: SAP Labs, LLC ; SAP Americas, LLC
         (1) ☒ a corporation qualified to do business in California
         (2) ☐ an unincorporated entity *(describe)*:
         (3) ☐ other *(specify)*:

   b. ☐ Plaintiff *(name)*:
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:

      b. ☐ has complied with all licensing requirements as a licensed *(specify)*:
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      ☒ except defendant *(name)*: SAP, LABS LLL          ☒ except defendant *(name)*: SAP Americas LLC
         (1) ☒ a business organization, form unknown         (1) ☒ a business organization, form unknown
         (2) ☐ a corporation                                  (2) ☐ a corporation
         (3) ☐ an unincorporated entity *(describe)*:          (3) ☐ an unincorporated entity *(describe)*:

         (4) ☐ a public entity *(describe)*:                  (4) ☐ a public entity *(describe)*:

         (5) ☐ other *(specify)*:                             (5) ☐ other *(specify)*:

*if this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| KHAN v. SAP | 18CV333969 |

4. *(Continued)*
    b. The true names of defendants sued as Does are unknown to plaintiff.
        (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named
            defendants and acted within the scope of that agency or employment.
        (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
            plaintiff.
    c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
    d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☒ Plaintiff is required to comply with a claims statute, **and**
    a. ☒ has complied with applicable claims statutes, *or*
    b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4. ☒ unsure

7. This court is the proper court because
    a. ☐ a defendant entered into the contract here.
    b. ☐ a defendant lived here when the contract was entered into.
    c. ☐ a defendant lives here now.
    d. ☐ the contract was to be performed here.
    e. ☒ a defendant is a corporation or unincorporated association and its principal place of business is here.
    f. ☐ real property that is the subject of this action is located here.
    g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

    ☐ Breach of Contract

    ☐ Common Counts

    ☒ Other *(specify):* Employment Other

9. ☒ Other allegations: 1) Hostile work environment    4) Maintaining whistleblower privege
                   2) Harassment                5) FMLA/STD
                   3) Discrimination        6) Retaliation
                                          7) DFEH violations

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☒ damages of: $ excess of $50,000
    b. ☐ interest on the damages
        (1) ☐ according to proof
        (2) ☐ at the rate of *(specify):* percent per year from *(date):*
    c. ☐ attorney's fees
        (1) ☐ of: $
        (2) ☐ according to proof.
    d. ☒ other *(specify):* to be determined by jury/court

11. ☒ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*
                                 attached causes of action

Date:

MUHAMMAD KHAN         ▶      2-6-19
_____                                   _____
(TYPE OR PRINT NAME)                             (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-PI-001(2)

| SHORT TITLE: KHAN vs. SAP | CASE NUMBER: 18CV333969 |

_____ / _____          **CAUSE OF ACTION—General Negligence**     Page ___3___
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* MUHAMMAD KHAN

alleges that defendant *(name):*  SAP Labs LLC , SAP Americas LLC

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* throughout 2014-2015
at *(place):* SAP Labs and Honahaus

*(description of reasons for liability):*

SAP created a hostile work environment through it's employees for MUHAMMAD KHAN, a former employee of SAP.

Specifically, Mr. Khan was subjeted to:

1) Sexual Harassment by SANJAY SHIROLE who provoked and insisted Mr. Khan "Come out" re: his sexuality and further made comments about his sexuality

2) Shirole made comments about Khan's weight and constantly told him to lose weight

3) Shirole forced Khan to live in Palo Alto near the workplace instead of in San Fransico.

4) Shirole harassed and controlled Khan's personal life dictating what he could do outside of work

5) Shirole threatened Khan with his citizenship and to force him to stay at company instead of other employment (Twilio)

6) Shirole further prevented Khan from leaving and finding other employment including preventing a fellowship with congressional black caucus and other internal and external organizations

7) Khan was pushed/assaulted by employee Param Bedi

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: Khan vs SAP | CASE NUMBER: 18CV333969 |
|---|---|

2 (number)     CAUSE OF ACTION—General Negligence     Page 4

ATTACHMENT TO  ☒ Complaint  ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* MUHAMMAD KHAN

alleges that defendant *(name):* SAP Labs, SAP America

☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* through 2015
at *(place):* SAP Labs and Honahaus

*(description of reasons for liability):*

SAP Employers caused a defamation of character for Mr. Khan by telling visitors of Honahaus that he no longer worked there while still employed. SAP Employees, SANJAY SHIROLE and Ben Boesen primarily, along with others informed badmouthed Khan to other employers and companies Khan may have expressed employment interest
e.g. Github, San Francisco

Page 1 of 1

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Khan v S4P | 18CV333969 |

3
(number)

**CAUSE OF ACTION—General Negligence**   Page 5

ATTACHMENT TO   [X] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:   MUHAMMAD IKHAN

   alleges that defendant *(name)*:   Jenny Le, Jevel Parkinson, SAP Labs, SAP America

   [ ] Does _____ to _____

   was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
   negligently caused the damage to plaintiff
   on *(date)*:   throughout 2015
   at *(place)*:   SAP

   *(description of reasons for liability):*

   1) Defendants ignored Khan's complaints
   2) Defendants violated his privacy in complaining
        by informing alleged harasser(s)
   3) Defendants caused further harassment
        and a hostile work environment
        by continuing to have Khan
        work without a solution to his complaints
   4) Defendants were negligent in fairly
        and promptly dealing with
        Khan's complaints

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(3)

| SHORT TITLE: KHAN V SAP | CASE NUMBER 18CV333969 |
|---|---|

4
_(number)_                  **CAUSE OF ACTION—Intentional Tort**          Page 6

ATTACHMENT TO  ☒ Complaint   ☐ Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

IT-1. Plaintiff _(name):_  MUHAMMAD KHAN

alleges that defendant _(name):_  SAP Labs, SAP America

☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally
caused the damage to plaintiff
on _(date):_   2015 Whole year
at _(place):_   SAP

_(description of reasons for liability):_

- Prevented him from taking FMLA/STD even though paperwork was available.
- Did not accomodate his disability within mental health
- used his vacation funds/days to cover FMLA
- Via Aetna, SAP's insurer, did not approve his claims of disability leave
- SAP delayed his disability leave
- SAP and Aetna, failed to process and accept Khan's STD/LTD

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]
**CAUSE OF ACTION–Intentional Tort**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(2)

| SHORT TITLE: KHAN v SAP | CASE NUMBER: 18CV333969 |

5 **CAUSE OF ACTION—General Negligence** Page 7
(number)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* MUHAMMAD KHAN

alleges that defendant *(name):* SAP LABS, SAP America
Jevell parkinson, Jenny Le

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* 2014 - 2015

at *(place):* SAP

*(description of reasons for liability):* <u>Whistleblower Retaliation</u>

1) Retaliated against Khan for complaining by putting him on unpaid leave

2) Prevented Khan from contacting or accessing workplace

3) Forced him to go through discussions before returning

4) Defendants Discriminated and retaliated by hiring "White Person" to replace his position

5) ~~Defendants replaced~~

5) Violated his rights under DFEH

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: KHAN v. SAP | CASE NUMBER: 18CV333969 |
|---|---|

___6___     **CAUSE OF ACTION—General Negligence**    Page _8_
(number)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* MUHAMMAD KHAN

alleges that defendant *(name):* SAP Labs, SAP Americas

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* 2015 - July - December

at *(place):* SAP      Racial Discrimination

*(description of reasons for liability):*

1) Khan was told by SAP Employee SANJAY SHINOLR that he wanted a "white" person to be on team and take position

2) Khan was put on unpaid leave

3) Khan's position was replaced by white male while on forced leave

4) Replacement Daniel Zimmman took Khan's position and role

5) Khan was informed of this via Email

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: Khan vs SAP | CASE NUMBER: 18CV333969 |
|---|---|

7 _____ **CAUSE OF ACTION—General Negligence**   Page   9
(number)

ATTACHMENT TO   ☒ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  MUHAMMAD KHAN

alleges that defendant *(name):*    SAP Labs, SAP America

☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):*      2015
at *(place):*      SAP

*(description of reasons for liability):*

1) Khan suffered emotionally due to harassment
   and negligence by SAP and employees

2) Khan developed stress, Anxiety, and depression

3) Khan's health and wellness suffered

4) Khan suffered panic attacks
   and severe emotional distress

5) Khan had to see several providers and
   doctors for his depression and anxiety

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: Khan v. SAP | CASE NUMBER: 18CV333969 |
|---|---|

8
(number)

**CAUSE OF ACTION—General Negligence**   Page 10

ATTACHMENT TO ☒ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* MUHAMMAD KHAN

alleges that defendant *(name):* Jevell Perkinson, Jenny Le, SAP Labs, SAP America

☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* 6/2015 - 9/2017

at *(place):* Palo Alto     whistleblower cont'd

*(description of reasons for liability):*

1) SAP ~~Employer~~ retaliated by hiring and paying for attorneys and experts to criminally convict Khan in Palo Alto

2) Atty's for SAP worked with Palo Alto DA's office to produce damning evidence for Khan

3) Defendants purposely withheld evidence helpful to Khan in criminal case

4) Emails between Khan and Shirok were deleted and purged by either Shirok or a coworker to prevent Khan's complaint.

5) Defendants paid for Psychiatrist to violate Khan's HIPAA and say he was danger to public

6) Defendants destroyed evidence by having DA destroy laptops with info

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov