1  MUHAMMAD KHAN

2  CTF BF7156

3  PO BOX 659

4  SOLEDAD, CA

5  93960

6

7  Pro Se Plaintiff

8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11

12  MUHAMMAD KHAN,          Case No: 18-CV-07490-BLF

13          Plaintiff,

14  vs.                    PLAINTIFF MUHAMMAD KHAN's

15                         [PROPOSED] AMENDED

16  SAP LABS, LLC;         COMPLAINT FOR DAMAGES

17  JENNY LE;              FOR:

18  SANJAY SHIROLE;

19  DOES 1-30 ;            (1) Sexual Harassment IN violation

20                              OF FEHA (HOSTILE WORK

21          Defendants.             ENVIRONMENT);

22

23                         (2) DISCRIMINATION ON THE BASIS

24                              OF SEXUAL ORIENTATION IN

25                              VIOLATION OF FEHA;

26

27                         (3) DISCRIMINATION ON THE

28                              BASIS OF RACE, NATIONAL

TITLE OF DOCUMENT: [Proposed] Amended Complaint   CASE NO.: 18-CV-07490-BLF

PAGE NO. 1

ORIGIN, AND/OR COLOR IN VIOLATION OF FEHA;

(4) HARASSMENT ON THE BASIS OF RACE, NATIONAL ORIGIN, AND/OR COLOR IN VIOLATION OF FEHA;

(5) DISCRIMINATION ON THE BASIS OF PHYSICAL DISABILITY, MENTAL DISABILITY, AND/OR MEDICAL CONDITION IN VIOLATION OF FEHA;

(6) FAILURE TO PREVENT DISCRIMINATION AND HARASSMENT IN VIOLATION OF FEHA;

(7) WRONGFUL CONSTRUCTIVE TERMINATION OF EMPLOYMENT IN VIOLATION OF PUBLIC POLICY;

(8) VIOLATION OF LABOR CODE § 1102.5;

(9) COMMON LAW INVASION
OF PRIVACY;

(10) VIOLATION OF
CALIFORNIA CONSTITUTION,
Act 1 § 1, Right
to Privacy;

(11) INTENTIONAL
INFLICTION OF
EMOTIONAL DISTRESS;

(12) RETALIATION FOR
ENGAGING IN PROTECTED
ACTIVITY;

DEMAND FOR JURY TRIAL

# EXHIBIT LIST

| | |
|---|---|
| Exhibit 1 | Employment New hire packers for TWILIO, San Francisco |
| Exhibit 2 | Citizenship Letter, KHAN |
| Exhibit 3 | Performance Review, KHAN |
| Exhibit 4 | Promotion Raise, KHAN |
| Exhibit 5 | Treatment verification, Emails between KHAN and Aetna/SAP |
| Exhibit 6 | Email to Jenny LE |
| Exhibit 7 | Email about leaving/complaints |
| Exhibit 8 | Email from Brian Johnsud |
| Exhibit 9 | Outside contact email |
| Exhibit 10 | Court transcript about Outside records review |
| Exhibit 11 | SAP emails to District Attorney |
| Exhibit 12 | DFEH Complaint |

iv

1  Plaintiff, Muhammad Khan, alleges, on the
2  basis of personal knowledge and/or information
3  and belief:

4

5  ## I. SUMMARY

6  This is an action by plaintiff, Muhammad Khan
7  ("Khan") ("PLAINTIFF"), whose employment with
8  defendant SAP Labs, LLC ("SAP") was wrongfully
9  terminated under the doctrines of Constructive
10  Discharge and/or Mixed-motive. Plaintiff
11  brings this action against defendants for
12  economic, non-economic, compensatory, and punitive
13  damages, pursuant to Civil Code section 3294,
14  prejudgment interest pursuant to Code of Civil
15  Procedure section 3291, and costs and reasonable
16  attorneys' (if appointed) fees pursuant to Government
17  Code section 12965(b) and Code of Civil
18  Procedure section 1021.5.

19

20  ## II PARTIES

21  **1. Plaintiff:** Plaintiff KHAN was, and at all times
22  mentioned in this Complaint, a resident of the County
23  of Santa Clara, California

24  **2. Defendants:** Defendant SAP is, and at all
25  times mentioned in this Complaint was, authorized to speak
26  by the State of California and the United States
27  government and authorized and qualified to do
28  business in the County of Santa Clara. Defend-

TITLE OF DOCUMENT: Proposed Amended Complaint  CASE NO.: _____

PAGE NO. 1  OF 45

1  - ant's place of business, where the following causes
2  of action took place, was and is in the County
3  of Santa Clara, at 3410 Hillview Ave, Palo Alto,
4  California 94304. Defendant Jenny Le ("Le") is,
5  and at all times mentioned in this Complaint was, a
6  Human resources representative and agent of
7  defendants. Defendant Le is, and at all times
8  mentioned in this Complaint was, a resident of
9  Santa Clara County, California. Defendant Sanjay
10 Shirole ("Shirole") was at all times mentioned in this
11 Complaint a supervisor and agent of defendants.
12 Defendant Shirole is, and at all times in this
13 Complaint was, a resident of Santa Clara County,
14 California.

15
16
17
18
19     3.  Doe Defendants:  Defendants Does 1
20 to 30, inclusive, are sued under fictitious names
21 pursuant to Code of Civil Procedure section 474.
22 Plaintiff is informed and believes, and on that
23 basis alleges, that each of the defendants sued
24 under fictitious names is in some manner responsible
25 for the wrongs and damages alleged below, in so
26 acting was functioning as the agent, supervisor,
27 servant, partner, and/or employer of the co-defendants,
28 and in taking the actions mentioned below was acting

TITLE OF DOCUMENT:_____ CASE NO.:_____

PAGE NO. 2

within the course and scope of his or her authority as such agent, servant, partner, and employee, with the permission and consent of the co-defendants. The named defendants and Doe defendants are sometimes hereafter referred to, collectively and/or individually, as "defendants".

4. Relationship of defendants: All defendants compelled, coerced, aided, and/or abetted the discrimination, retaliation, and harassment alleged in this Complaint, which conduct is prohibited under California Government Code section 12940 (i). All defendants were responsible for the events and damages alleged herein, including on the following bases: (a) defendants committed the acts alleged; (b) at all relevant times, one or more of the defendants was the agent or employee, and/or acted under the control or supervision, of one or more of the remaining defendants and, in committing the acts alleged, acted within the course and scope of such agency and employment and/or is or are otherwise liable for plaintiff's damages; (c) at all relevant times, there existed a unity of ownership and interest between or among two or more of the defendants such that any individuality and separateness between or among those defendants has ceased, and defendants are the alter egos of one another. Defendants exercised domin-

TITLE OF DOCUMENT:_____    CASE NO.:_____

PAGE NO. 3

1  -ation and control over one another to such
2  an extent that any individuality or separateness
3  of defendants does not, and at all times
4  here'n mentioned did not, exist. Adherence to
5  the fiction of the separate existence of
6  defendants would permit abuse of the corporate
7  privilege and would sanction fraud and
8  promote injustice. All actions of all
9  defendants were taken by employees, supervisors,
10  executives, officers, and directors during employment
11  with all defendants, were taken on behalf of
12  all defendants, and were engaged in, authorized,
13  ratified, and approved of by all other
14  defendants.
15      5.  Defendant SAP     directly employed
16  plaintiff KHAN, as defined in the Fair
17  Employment and Housing Act ("FEHA") at
18  Government Code section 12926(d).
19      6.  In addition, defendant SAP compelled,
20  coerced, aided and abetted the discrimination,
21  which is prohibited under California Government
22  Code section 12940(i).
23      7.  Finally, at all relevant times mentioned
24  herein, all defendants acted as agents of all
25  other defendants in committing the acts alleged
26  herein.
27
28

TITLE OF DOCUMENT:_____   CASE NO.:_____

PAGE NO. __4__

III. FACTS COMMON TO ALL CAUSES OF ACTION

8. Plaintiff's hiring: KHAN is a 29-year-old, Pakistani-American, straight male, who began working as an intern and, later, a manager at SAP

9. Plaintiff's Job Performance: Khan began his employment at SAP in July of 2013, and throughout his employment performed his duties above expectations, was well liked by others, and excelled in his position.

10. Plaintiff's protected status and activity:
   a. Plaintiff Khan is Pakistani
   b. Plaintiff is straight
   c. Plaintiff is a Muslim
   d. Plaintiff is overweight
   e. Plaintiff was suffering from Depression/Anxiety
   f. Plaintiff complained of unlawful actions by Defendants

11. Defendants adverse employment actions and behavior:
   a. In July of 2013, KHAN started an internship with SAP and worked within the Startup Focus team. Within 90 days, Defendant SHIROLE was hired as an employee within the same team.
   b. Although KHAN did not report to SHIROLE, SHIROLE began and consistently tasked KHAN with projects assigned to SHIROLE including but not limited to setting up events, contacting his contacts, and putting together startup partners related materials for the team. This was in addition to work Khan was doing for at

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO. 5

1 _ least 3 other "supervisors". KHAN spoke to "Mark" and "Ron" about sexual

2 harassment c. Through December 2013, SHIROLE used KHAN

3 exclusively for his deliverables [SHIROLE]. SHIROLE also

4 asked KHAN to communicate to SHIROLE with his

5 personal Gmail email: Sanjay@SHIROLE.com or the like.

6    d. KHAN and SHIROLE also worked on another-

7 project in the company, "HANA HAUS", a then-projected

8 physical customer space in Palo Alto, California and

9 went to several meetings for that project under

10 Sanjay Rajagopalan, another executive in the company

11    e. SAP bills itself as one of the largest

12 Enterprise Software companies in the world. Despite

13 providing products and services to companies of all

14 sizes and purporting to value diversity, SAP has an

15 ongoing practice of discriminating against and

16 harassing its own minority employees, specifically

17 those who are not German or Indian. KHAN

18 was no exception to SAP's discriminatory practices

19    f. In January of 2014, KHAN was hired into

20 the Sales area of SAP and was assigned to the

21 SAP LABs campus in Palo Alto, CA. KHAN was

22 receiving Sales training for Enterprise products.

23    g. Around February and March of 2014, SHIROLE

24 reached out to KHAN and told him he [SHIROLE] was

25 put in charge of the Hana Haus project. SHIROLE

26 wanted KHAN to leave sales and come work for him.

27 SHIROLE disclosed to KHAN that his old manager, Kaustav

28 "Mitra" was going to push SHIROLE to hire one of

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO. 6

1  Mitra's "people" (assumed to be friends or current employees) and

2  that SHIROLE had a way to hire KHAN. SHIROLE

3  repeatedly spoke to KHAN about this and asked

4  KHAN to meet with him during his training —

5  requiring KHAN to drive from Dublin, CA to

6  Palo Alto, CA, and vice versa, interrupting his

7  training. SHIROLE also called KHAN pervasively

8  to have him prepare a resume, email a specific

9  HR partner, and ensure KHAN would be the

10  one hired under the HANAHAUS spa position.

11  h. SHIROLE is a high-level software executive

12  in his 50s or 60s who    has previously

13  run and sold his own company. SHIROLE knew about

14  KHAN's family  and financial status and constantly

15  asked Khan about his personal life. SHIROLE

16  began giving KHAN rides from work to home during their

17  time in Startup Focus thus having one on one time

18  and setting the stage for future inappropriate conversations

19  with KHAN. KHAN thought the actions were strange

20  and inappropriate, but naively assumed SHIROLE

21  knew better due to age difference and experience.

22  i. KHAN began working for SHIROLE directly

23  around April or May of 2014. This is when

24  SHIROLE became more abusive towards KHAN through

25  verbal comments and actions.

26  j. SHIROLE would constantly want to know

27  where KHAN was on non-working hours. When

28  KHAN attempted to take Dance and Bhangra-

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO. 7

1  -style classes in San Francisco, SHIROLE insisted
2  he not as it took time from work
3  k. SHIROLE consistently told KHAN he
4  was overweight and told him "you need to
5  lose weight" starting around May 2014 through
6  KHAN filing a complaint. SHIROLE would, for
7  example, race KHAN up the stairs where the
8  coffee machines were located, rush ahead of him
9  and then laugh at how slow KHAN was.
10 Another time, they were walking from their work
11 building on Deer Creek Avenue to the
12 cafeteria on Hillview Road and KHAN was
13 panting from the stairs. SHIROLE turned and
14 said, "man, look at you! you can't even make it across."
15 l. Around the summer of 2014, SHIROLE
16 asked KHAN to meet with him in the adjacent
17 conference rooms their workspace. SHIROLE wanted
18 to review some of their work and then proceeded
19 to ask him about his sexuality. Specifically, SHIROLE
20 asked KHAN if he was gay and that he should
21 "seriously consider coming out." KHAN was appalled
22 and shocked by his comment but laughed it
23 off to ease the awkward situation. The
24 harassment occured again when a potential business
25 partner from either UPENN or CORNELL, Doe, met
26 with both KHAN and SHIROLE about Honahaus. The
27 Doe partner spoke about him and his husband and
28 mentioned in passing that he liked Khan's socks. Upon

TITLE OF DOCUMENT:_____ CASE NO.: _____
PAGE NO. _9_

1   the Doc partner leaving. SHIROLE told Khan "See, he
2   thinks your gay too", repeating the harassment. SHIROLE
3   told KHAN about an executive who also worked
4   at SAP, caucasian male, in marketing, that came
5   out later in life and it affected his marriage
6   with a woman. SHIROLE mentioned that they'd been
7   at the same sports, swimming, meet and he
8   knew about it from there

9            m. SHIROLE also mentioned to other employees,
10  past coworks in startup focus team, and the executive
11  Koustov Mitra reported to (Indian, male) that "I
12  ride KHAN like a tiger." KHAN approached
13  SHIROLE about this and SHIROLE brushed it
14  off. SHIROLE often said "this isn't my first Rodeo."
15           n. When a third coworker joined KHAN and
16  SHIROLE, Param Bedi ("Bedi"), SHIROLE would
17  have     the same "ride [him] like a Tiger"
18  conversation with Bedi.
19           o. SHIROLE had KHAN prepare name tags
20  for desk identification large enough to post
21  on the walls next to the three
22  employees. After KHAN prepared them, SHIROLE
23  ripped them off the wall angrily with no
24  explanation
25           p. SHIROLE started using the words
26  "Choot" and "Chootya" which mean a "fucking fool" in Hindi
27  SHIROLE would call other employees he disliked, e.g.
28  MITRA, a "choot"

TITLE OF DOCUMENT:_____   CASE NO.: _____

PAGE NO. ___

q. Two interns joined the Hana Haus team around or in June of 2014- "Josefin" and "Akhila." Both were females in their early 20s. Around the end of their internship, they both told Khan how SHIROLE made them feel uncomfortable and harassed them both in a conference room. "Akhila" texted this to KHAN around January of 2016 as well stating SHIROLE harassed both interns.

r. Both interns asked to either _____ meet the founder of SAP in a meeting or join a certain team. SHIROLE had issues with both. SHIROLE told KHAN "why would I introduce that woman to [the original founder of SAP]," (Akhila). KHAN also saw SHIROLE bad mouth "Josefin" to an executive who wanted to hire her on the operations-like branch of SAP even though she was a great intern. SHIROLE also "bad-mouthed" and "complained" about how some women at SAP wore their traditional clothes to work.

s. When Mele Lynch "Mele", the Project Manager on this project asked KHAN if "sanjay hates women", KHAN offered his beliefs that SANJAY might harass KHAN due to his effiminate / feminine qualities. Mele was a seasoned Project Manager who had to ask KHAN about this; SHIROLE also would not hire Gary Cooper; "I'd never hire that person!"

t. Around September 2014, KHAN was starting to realize that SHIROLE created a hostile work environment.

TITLE OF DOCUMENT:_____   CASE NO.: _____

PAGE NO. __

1  KHAN realized he could not continue to work for SHIROLE
2  and interview at another company. KHAN received
3  an offer from "TWILIO" and told SHIROLE this.
4  SHIROLE became visibly upset and told KHAN
5  he shouldn't leave. The project wasn't complete
6  and SHIROLE "would not help [KHAN] with his
7  citizenship." KHAN later accepted the offer
8  but did not immediately tell SHIROLE. (Exhibit 1)
9      u. Around October of 2014, SHIROLE wrote
10  a letter for KHAN for his citizenship (Exhibit 2).
11     v. SHIROLE had KHAN do research for him
12  on car engines/parts for his Rav4. KHAN emailed
13  several to SHIROLE as this occured during work
14  hours. SHIROLE also had KHAN drive SHIROLE
15  to pick up a new car and drive his back during
16  work hours. SHIROLE bought a Honda Civic and sold
17  KHAN his old one.
18     w. Around December of 2014, KHAN brought
19  a male friend, straight, in his 30s or 40s, to
20  the annual Holiday party. SHIROLE told KHAN the
21  next work day that "Dwayne and I were talking
22  about how you're gay" referencing KHAN bringing a MALE.
23     x. Around January 2015, KHAN moved from
24  Palo Alto to SAN Francisco to work for TWILIO.
25  KHAN communicated to SHIROLE that he was leaving
26  and going to TWILIO. SHIROLE became upset and
27  demanded KHAN not leave, finish the Hanahaus
28  project, and move back closer to the company.

TITLE OF DOCUMENT:_____   CASE NO.: _____

PAGE NO. _ii_

1  SHIROLE told KHAN that him leaving "wouldn't be good
2  for you" and "affect your citizenship". KHAN
3  became scared and did not show up to his
4  scheduled start date at Twilio. Additionally, KHAN
5  began looking for places to live in Palo Alto,
6  _____ y. Around February and March of 2015,
7  SHIROLE, KHAN, and Bedi were set to open
8  the retail space HanaHaus on 456 University Ave.
9  During one work day in the space, Bedi
10 was setting up poster boards in the courtyard
11 and KHAN was helping him. KHAN had to
12 take a call from their partner, Blue Bottle ("BB")
13 and picked up his phone. As Khan began talking,
14 Bedi pushed KHAN to the ground, physically
15 assaulting him. KHAN reported this to
16 SHIROLE via email, and in person yet
17 SHIROLE did not make note of it or
18 report it to the proper authorities within SAP.
19    z. Around the same time, KHAN received
20 a call from an HR rep that asked if he
21 wanted to report anything or discuss any incident.
22 KHAN did not, fearing for his job, and told
23 SHIROLE about the call. KHAN asked SHIROLE if
24 SHIROLE reported BEDI's incident and SHIROLE said
25 no. SHIROLE said they would have also contacted
26 him if anything involved SHIROLE. SHIROLE told KHAN
27 that BHIROLE was careful because he was relatively
28 new to the company and if KHAN said anything

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO. 13

1  about him, SHIROLE said "fuck you over." SHIROLE
2  said Khan should "be careful" and that "I'm
3  the only one protecting you."

4  12. Around March of 2015, KHAN received
5  a stellar performance and a promotion. This
6  also came with a pay raise. Exhibits 3 and
7  4 detail this.

8  13. KHAN had to find transitional housing
9  and move to Palo Alto under SHIROLE's request.
10  KHAN found a "hostel" for a few months in
11  Palo Alto ("Inn-cubator") and then another housing
12  situation just to accomodate SHIROLE. KHAN
13  was not prepared to make a move and maintain
14  his San Francisco lease and thus had to request
15  reimbursement for expenses from Defendants.

16  14. Around April of 2015, KHAN was asked to
17  give SHIROLE a ride to SAP main building. KHAN
18  picked him up and SHIROLE began talking about
19  the car. Due to KHAN still having stuff
20  inside from the move, SHIROLE berated KHAN
21  yet again by saying "you're fucked". Around that
22  time, on another occasion, KHAN and SHIROLE
23  were attempting to fix the wifi in HanaHaus, when
24  KHAN suggested they recycle the power, SHIROLE
25  immediately called him a "Chootya, i.e. "Fucking, Fool".

26  15. Due to SHIROLE's constant Harassment, KHAN
27  began reaching out to other managers regarding
28  positions within the company. When KHAN reached

TITLE OF DOCUMENT:_____   CASE NO.: _____

PAGE NO. _13_

1   out to "Priya", SHIROLE's supervisor, SHIROLE found
2   out and harassed KHAN for going "above him".
3   This instance was the same as SHIROLE not
4   vetting Josefin about him because their team
5   was higher up in organizational structure. KHAN
6   thought that SHIROLE might have strong beliefs in
7   the caste system prominent in India. Khan's emails were
8   deleted by SHIROLE. KHAN spoke to managers Ben Birsan and
9   Denis Brown who understood KHAN's situation.
10   KHAN also reached out to "Manjay", a manager
11   in the Startup Focus team who told KHAN
12   "Sanjay shouldn't treat you like that... "He's wrong"
13       16.   Manager Ann Rosenburg offered KHAN
14   a fellowship on her team. KHAN would be
15   based in DC, still with SAP, and would
16   work with the Congressional Black Caucus. Ann
17   spoke to KHAN in person about this at
18   a local coffee shop. After Ann Rosenburg spoke
19   with SHIROLE, she told KHAN that SHIROLE
20   wouldn't allow it because it's still under his budget.
21   Ann Rosenburg told KHAN that the only other way
22   is to quit, become an intern on her team and
23   take a serious pay cut in doing so. KHAN
24   would lose his benefits in this latter scenario.
25           SHIROLE later told KHAN in person in
26   HanaHaus that he would not approve him going anywhere
27   else, and that he should "work under [him] or quit."
28   SHIROLE also would not let KHAN travel or go see clients/customers for work.

TITLE OF DOCUMENT:_____   CASE NO.:_____

PAGE NO. 14

17. KHAN saw a sudden change in his reviews and opportunities. KHAN received an "expectations memo" from SHIROLE around this time that said KHAN was not performing well. This was a sudden change from his stellar review shortly back. KHAN was also being denied growth opportunities, training, and was being excluded from meetings. SHIROLE kept berating KHAN about little things like whom he should speak to at work and even that he physically at work and not work from home or remotely. After pushing KHAN to move back to Palo Alto, SHIROLE harassed KHAN on asking for expenses to be reimbursed and reported Plaintiff to HR

18. Consequently, due to severe harassment and stress from work, KHAN became depressed and saw his Doctor who diagnosed him and gave an anti-depressant. KHAN attempted to take time off to deal with his symptoms but was consistently denied. Moreover, the time KHAN took off under FMLA was taken out from all his time off credits (vacation, sick, PTO days). ~~Res~~ Defendants ignored KHAN's condition and caused further stress and emotional suffering. Defendants retaliated and harassed KHAN for taking time off (Exhibit 5); KHAN had provided notes to SAP and Aetna.

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO. 15

19.     On or around May 2015 through December 2015, KHAN complained to HR. His complaint was at first ignored and then a senior HR representative - Jewell Perkinson agreed to move KHAN to a different team. KHAN thought his issues of Harassment and hostile work environment were solved. However Perkinson never responded to KHAN and he was not transferred.

When KHAN wrote a longer, detailed formal complaint, HR representative Jenny Le "Le" was assigned to handle it. She put KHAN on unpaid leave and for several months asked him to tell her everything including names and details of all harassment incidents, and those KHAN spoken to.

At one point KHAN asked if he could back out of this process and just return to work but was told No - that he had to keep telling Le about everything.

KHAN even sent emails to Le (exhibits 6 as example) speaking to his Depression and wee to register a disability. He was not accommodated.

20.    Around November of 2015, KHAN learned that his position had been replaced by a "white male." SHIROLE had told KHAN earlier in the year that they needed a "white" person to "be the face of HANAHAUS" as many of the customers

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO. 16

1 would better relate . KHAN filed this suit via email
2 from SHIROLE. Daniel Zimmerman, a white straight
3 male who was the boyfriend of a former co-worker and
4 kinsman to SHIROLE, took over KHAN's role and
5 all responsibilities. To date, no one else was
6 hired as a separate "manager" and Zimmerman
7 effectively ~~took~~ was the "white male (straight)" replacement
8 for KHAN.

9    21.  Defendant~~s~~ SHIROLE took
10 advantage of his position of power over KHAN and
11 took advantage of him, orchestrated and did
12 control every aspect of his life and consistently
13 harassed him about his appearance, race, perceived
14 sexuality, and other issues SHIROLE had with KHAN.
15 KHAN continued to fear retaliation for complaining
16 about SHIROLE's harassment and bullying.

17    22.  Defendants' constructive termination of plaintiffs
18 employment.

19      a.  On December 1, 2015, no able to stand
20 another day of working for SHIROLE and SAP, KHAN
21 emailed relevant HR parties and coworkers. In
22 his email, KHAN told the recipients that he felt
23 compelled to leave because of ongoing harassment
24 and discrimination by SHIROLE and SAP, and
25 that his prior complaints about these issues had gone
26 nowhere. Within the same timeframe, he contacted
27 KHAN about his termination of employment with SAP.
28      b.  When KHAN questioned Le's email Le sent

1. KHAN two responses saying KHAN left on "[his] own"
2. and voluntarily left. (Exhibits 7)
3.     c. When KHAN emailed Jewell Parkinson about
4. this a lawyer from firm Curley Hessinger
5. ("Johnson") contacted KHAN to find other employment
6. and that KHAN was "voluntarily leaving your
7. employment with SAP." (Exhibits 8)
8.     d. In KHAN's email to the parties,
9. KHAN described how other employees had complained
10. about SHIROLE and also how SHIROLE harassed
11. and discriminated against KHAN. KHAN had
12. also discussed his concerns with HR Defendant
13. Le. Defendants did nothing to protect KHAN
14. and prevent harassment. Defendants took no
15. action against SHIROLE nor other harassers.
16.     23. KHAN attempted to move on and
17. find other employment. SHIROLE and Defendants started
18. telling employees of SAP, partners, agents, and those
19. coming to HanaHaus as patrons, visitors, and/or
20. customers that KHAN had taken sick leave and
21. that KHAN was fired. Defendants comments and
22. retaliation caused KHAN to be out on further
23. jobs and opportunities. Around December of 2015,
24. KHAN was going through the interview process at
25. GITHUB. An employee reached out to Defendants,
26. presumably the tools team, and inquired about KHAN.
27. Due to the negative comments made by Defendants KHAN
28. was not offered the role. (Exhibit 9)

24. Defendants continued retaliation and malicious acts:

    a. Around January of 2016, KHAN was arrested for an alleged matter unrelated to SAP.

    b. Around July of 2016, KHAN learned that firm "NBS" in palo alto, California was hired by SAP to help the District Attorney prosecute KHAN. Specifically, attorney Thomas Nolan stated "I represent SAP..." in KHAN's preliminary hearing.

    c. Around January of 2018, KHAN learned that SAP had acquired KHAN's private medical records. KHAN had not given authorization to SAP or any additional parties to access his records.

    d. Defendants illegally acquired KHAN medical records and further disclosed them to a private practice Psychiatrist (Exhibit h)

    e. KHAN was not given the report, a name of the Doctor, nor spoke to the Doctor. According to transcripts, this Doctor acted as an agent of Defendants, illegally reviewed KHAN's medical records and prepared a report for the Judge(s) and Prosecutor in KHAN's criminal case.

    f. The report apparently indicated KHAN was a "danger" and shall not be let out of custody. The report was only given to the judge.

    g. KHAN spent over one year out of custody and was not a "danger" as indicated by the Doctor. Conversely, KHAN volunteered was attending school, and

1   was working a full-time salaried job. On top of
2   this, KHAN drove for UBER, a rid share, company
3   and received over one hundred (100) 5-star reviews.
4   KHAN was a productive member of society and supported
5   his parents and siblings.
6          h. Around August 2017, KHAN learned from
7   an email (Exhibit 11) that Defendants were
8   continually in contact with the District Attorney(s) on
9   KHAN's criminal case.
10         i. Defendants provided evidence to the
11  District Attorney without a court order or subpoena.
12         j. Defendants withheld KHAN's complaints and
13  his exhaustive requests to be moved to a
14  different team as communicated to Defendants, Defendants
15  selectively provided information and documents to
16  the prosecutors that would be damaging to KHAN.
17  Defendants hid and covered up their documents
18  exculpatory to KHAN. SHIROLE deleted KHAN's emails.
19         k. Although all parties in the Criminal
20  matter (KHAN and SHIROLE) did not work for
21  SAP any longer, Defendants continued to
22  support his prosecution through sentencing.
23         l. Although several emails showed the
24  constructive discharge of KHAN by Defendants, Defendants
25  provided information and coercion to prosecutors,
26  the jury, and the court that KHAN "was fired."
27
28

25

25. Economic damages: As a consequence of defendants' conduct, plaintiff has suffered and will suffer harm, including lost past and future income and employment benefits, damage to his career and lost wages, overtime, unpaid expenses, and penalties, as well as interest on unpaid wages at the legal rate from and after each payday on which those wages should have been paid, in a sum to be proven at trial.

26. Non-economic damages: As a consequence of defendants' conduct, plaintiff has suffered and will suffer psychological and emotional distress, humiliation, and mental and physical pain and anguish, in a sum to be proven at trial.

27. Punitive damages: Defendants' conduct constitutes oppression, fraud, and/or malice under California Civil Code Section 3294 and, thus, entitles plaintiff to an award of exemplary and/or punitive damages.

a. Malice: Defendants' conduct was committed with malice within the meaning of California Civil Code section 3294, including that (a) defendants acted with intent to cause injury to plaintiff and/or acted with reckless disregard for plaintiff's injury, including by terminating plaintiff's employment and/or taking other adverse job action against plaintiff because of his race,

21

national origin, color, sexual orientation, religion,
disability, and/or good faith complaints, and/or
(b) defendants' conduct was despicable and
committed in willful and conscious disregard
of plaintiff's rights, health, and safety, including
plaintiff's right to be free of discrimination,
harassment, retaliation and wrongful employment termination.

b. Oppression: In addition, and/or alternatively,
defendants' conduct was committed with oppression
within the meaning of California Civil Code
section 3294, including that defendants' actions
against plaintiff because of his race, national
origin, color, sexual orientation, religion, disability,
and/or good faith complaints were "despicable"
and subjected plaintiff to cruel and unjust hardship
in knowing disregard of plaintiff's right to a
work place free of discrimination, harassment,
retaliation, and wrongful employment termination.

c. Fraud: In addition, and/or alternatively,
defendants' conduct, as alleged, was fraudulent
within the meaning of California Civil Code
section 3294, including that defendants asserted
false (pretextual) grounds for terminating plaintiff's
employment and/or other adverse job actions, thereby
to cause plaintiff hardship and deprive
him legal rights.

28. Attorneys' fees: Plaintiff will incur legal
expenses, and if appointed, attorneys' fees

22

29) Exhaustion of administrative remedies : Prior to filing this action, plaintiff exhausted his adminis-trative remedies by filing a timely administrative complaint with the Department of Fair Employment and Housing ("DFEH") and receiving a DFEH right-to-sue letter. Plaintiff updated the complaint and received a confirmation email from the DFEH (Exhibit 13). Plaintiff was in custody upon receipt and did not have this email (Exhibit 13) available nor was able to respond to the DFEH.

FIRST CAUSE OF ACTION
(Sexual Harassment (Government Code § 12955 (a), (d)) — Against All Defendants, and Does 1 to 30 Inclusive)

30) The allegations set forth in paragraphs 1 through 29 are re-alleged and incorporated herein by reference

31) At all times herein mentioned, FEHA, Government Code section 12955 (a) and (d), was in full force and effect and was binding and defendants This statute requires defendants to refrain from sexually harassing their employees. Within the time provided by law, plaintiff filed a complaint with the DFEH, in full compliance with administrative requirements, and received a right-to-sue letter.

32) As identified herein, during plaintiff's employment with defendants, defendant engaged in actions that constituted sexual harassment to of plaintiff. These

23

1  action created a hostile working environment for plaintiff.

2       33)  All of these actions were taken against

3  plaintiff's will and desire and over his protest.

4  These acts of misconduct occured from at least

5  May, 2014 until December, 2015, when plaintiff's

6  employment with defendant was constructively terminated.

7  Defendants took no action to prevent the sexual

8  harassment of plaintiff.

9       34)  As a proximate result of defendants

10  willfull, knowing, and intentional sexual

11  harassment of plaintiff, plaintiff has sustained and

12  continues to sustain damages, including losses of

13  earnings and benefits, according to proof.

14       35)  As a proximate result of defendants'

15  willful, knowing, and intentional sexual harassment of

16  plaintiff, plaintiff has suffered and continues to

17  suffer humiliation, emotional distress, and mental and

18  physical pain and anguish, all to his damage

19  in a sum according to proof.

20       36)  Defendants' sexual harassment was done

21  intentionally, in a malicious, oppressive, fraudulent manner,

22  entitling plaintiff to punitive damages.

23       37)  Plaintiff will incur legal expenses and

24  attorneys' fees (whether appointed or retained).  Plaintiff

25  is at present unaware of the precise amounts of the

26  expenses and fees and will seek leave of court

27  to amend his complaint when the amounts are

28  known.

24

SECOND CAUSE OF ACTION

(Violation of FEHA (Government Code § 12900, et seq.) (Sexual Orientation Discrimination) — Against all Defendants and Does 1 through 30, Inclusive)

38) The allegations set forth in paragraph 1 through 37 are realleged and incorporated herein by reference.

39) Plaintiff's sexual orientation and/or other characteristics protected by FEHA, Government Code Section 12900, et seq., were motivating factors in defendants' decision not to retain, hire, or otherwise employ plaintiff in any position and/or to take other adverse employment action, including employment termination, against plaintiff.

40) Defendants' conduct, as alleged, violated FEHA, Government Code section 12900, et seq., and defendants committed unlawful employment practices including, by the following separate bases for liability:

a. Barring, discharging, refusing to transfer, retain, hire, select, and/or employ, and/or otherwise discriminating against plaintiff, in whole or in part, on the basis of plaintiff's actual and/or perceived sexual orientation and/or other protected characteristics, in violation of Government Code section 12940 (a);

b. Failing to take all reasonable steps to prevent discrimination, harassment, and retaliation

29

1   on the basis of actual and/or perceived sexual

2   orientation, in violation of Government Code section

3   12940(k);

4   c.   Retaliating against plaintiff for seeking

5   to exercise rights guaranteed under FEHA

6   and/or opposing defendants' failure to recognize

7   such rights including the right to be free of

8   discrimination, in violation of Government Code

9   section 12940(h).

10   41)  As a proximate result of defendants' willful,

11   knowing, and intentional discrimination against plaintiff,

12   plaintiff has sustained and continues to sustain substantial

13   losses of earnings and other employment benefits

14   42)  As a proximate result of defendants' willful,

15   knowing, and intentional discrimination against plaintiff,

16   plaintiff,        has suffered and continues

17   to suffer humiliation, emotional distress, and physical

18   and mental pain and anguish, all to his damage in

19   a sum according to proof.

20   43)  Defendants' misconduct was committed

21   intentionally, in a malicious, despicable, oppressive

22   fraudulent manner, entitling plaintiff to punitive

23   damages against defendants

24   44)  Plaintiff has incurred and continues to incur

25   legal expenses. Plaintiff will incur attorneys fees.

26   Pursuant to Government Code section 12965(b), plaintiff

27   is entitled to recover reasonable attorneys' fees

28   and costs (including expert costs) in an amount according to

26

1   proof.

2

3       THIRD   CAUSE   OF   ACTION

4     ( Violation  of  FEHA ( Government § 12900, et

5       seq.) ( Race  Discrimination ) — Against

6       Defendants  SAP, SHIROLE, Le

7       and  Does 1 to 30 , Inclusive

8     45) The  allegations set forth in paragraphs 1

9   through  44 are re-alleged and incorporated herein

10  by reference.

11    46) Defendants'  conduct, as alleged, violated

12  FEHA,  Government Code section 12900, et seq,

13  and  defendants committed unlawful employment

14  practices,  including by the following bases for

15  liability :

16      a.  Discharging, barring, refusing to

17  transfer  retain, hire, select, and/or employ, and/or

18  otherwise  discriminating against plaintiff, in whole

19  or in part  on the basis of plaintiff's race,

20  national origin,  and/or color, in violation of

21  Government  Code section 12940 (a);

22      b.  Harassing plaintiff and/or creating a

23  hostile  work environment, in whole or in part

24  on  the basis of plaintiff's race, national origin,

25  and/or color,  in violation of Government Code section

26  12940(j) ;

27      c.  Failing to take all reasonable steps to

28  prevent  discrimination and harassment based on race,

    27

1  in violation of Government Code section 12940(k);

2      d.  Retaliating against plaintiff for seeking

3  to exercise rights guaranteed under FEHA

4  and/or opposing defendants' failure to

5  provide such right, in violation of

6  Government Code section 12940(h).

7      47)  As a proximate result of defendants'

8  willfull, knowing, and intentional discrimination

9  against plaintiff, plaintiff has sustained and

10  continues to sustain substantial losses of

11  earnings and other employment benefits.

12      48)  As a proximate result of defendants'

13  willful, knowing, and intentional discrimination

14  against plaintiff, plaintiff has suffered and

15  continues to suffer humiliation, emotional distress,

16  and physical and mental pain and anguish, all

17  to his damage in a sum according to proof.

18      49)  Plaintiff has incurred and continues

19  to incur legal expenses. Attorneys' fees

20  will be incurred. Pursuant to Government

21  Code section 12965(b), plaintiff is entitled

22  to recover reasonable attorney's fees and

23  costs (including expert costs) in an amount

24  according to proof.

25      50)  Defendants' misconduct was committed

26  intentionally, in a malicious, despicable,

27  oppressive, fraudulent manner, entitling plaintiff

28  to punitive damages against defendants.

28

FOURTH CAUSE OF ACTION
(violation of FEHA (Government §12900, et seq.) (Race Harassment) — Against All Defendants and Does 1 to 30, Inclusive)

51) The allegations set forth in paragraphs 1 through 50 are re-alleged and incorporated herein by reference.

52) Defendants' conduct, as alleged, violated FEHA, Government Code section 12900, et seq., and defendants committed unlawful employment practices, including by the following bases for liability:

a. Harassing plaintiff and/or creating a hostile work environment, in whole or in part on the basis of plaintiff's race, national origin, and/or color, in violation of Government Code section 12940 (j);

b. Failing to take all reasonable steps to prevent discrimination, harassment, and retaliation based on race, national origin, and/or color, in violation of Government Code section 12940 (k).

53) As a proximate result of defendants' willful, knowing, and intentional harassment of plaintiff, plaintiff has sustained and continues to sustain substantial losses of earnings and other employment benefits.

54) As a proximate result of defendants' willful, knowing, and intentional harassment

29

1  of plaintiff, plaintiff has suffered and continues

2  to suffer humiliation, emotional distress, and physical

3  and mental pain and anguish, all to his

4  damage in a sum according to proof.

5      55) Plaintiff has incurred and continues to

6  incur legal expenses. Plaintiff will incur attorneys' fees.

7  Pursuant to Government Code section 12965(b)

8  plaintiff is entitled to recover reasonable attorneys'

9  fees and costs (including expert costs) in an amount

10 according to proof.

11     56) Defendants' misconduct was committed

12 intentionally, in a malicious, despicable, oppressive,

13 fraudulent manner, entitling plaintiff to punitive

14 damages against defendants

15

16          FIFTH CAUSE OF ACTION

17      (Violation of FEHA (Government § 12955, et

18   seq.) (mental disability Discrimination) - against

19      All Defendants and Does 1 to 30 -Inclusive

20     57) The allegations set forth in paragraphs 1 through

21 56 are re-alleged and incorporated herein by reference.

22     58) Defendants' conduct, as alleged, violated

23 FEHA, Government Code section 12955, et seq., and

24 defendants committed unlawful employment practices,

25 including by the following bases for liability:

26     a. Discharging, barring, refusing to transfer,

27 retain, hire, select, and/or employ, and/or otherwise

28 discriminating against plaintiff, in whole or in part on

30

1  the basis of plaintiff's physical disability, mental dis-

2  ability, and/or medical condition, in violation of

3  Government Code section 12940 (a);

4       b.   Harassing plaintiff and/or creating a

5  hostile work environment, in whole or in part

6  on the basis of plaintiff's

7  physical disability, mental disability, and/or medical

8  condition, in violation of Government Code section

9  12940 (j);

10       c.  Failing to take all reasonable steps to

11  prevent discrimination and harassment based on a

12  disability, in violation of Government Code

13  section 12940 (k);

14       d   Retaliating against plaintiff for seeking to

15  exercise rights guaranteed under FEHA and/or

16  opposing defendants' failure to provide such

17  rights, in violation of Government Code section

18  12940 (h).

19       59) As a proximate result of defendants'

20  willful, knowing, and intentional discrimination

21  against plaintiff, plaintiff has sustained and continues

22  to sustain substantial losses of earnings and

23  other employment benefits

24       60) As a proximate result of defendants'

25  willful, knowing, and intentional discrimination against

26  plaintiff, plaintiff has suffered and continues to

27  suffer humiliation, emotional distress, and physical

28  and mental pain and anguish, all to his damage

31

1  in a sum according to proof.

2      61) Plaintiff has incurred legal expenses and

3  will incur legal expenses and attorneys fees. Pursuant

4  to Government Code section 12965(b), plaintiff is

5  entitled to recover reasonable attorneys' fees and

6  costs (including expert costs) in an amount according

7  to proof.

8      62) Defendants' misconduct was committed

9  intentionally in a malicious, despicable, oppressive,

10  fraudulent manner, entitling plaintiff to punitive

11  damages against defendant.

12

13          SIXTH CAUSE OF ACTION

14      (Violation of FEHA (Government Code § 12940(k))

15  (Failure to Prevent Discrimination, Harassment, and

16      Retaliation) — Against Defendants SAP and

17      Does 1 to 30, Inclusive)

18      63) The allegations set forth in paragraphs 1

19  through ___ are re-alleged and incorporated herein

20  by reference.

21      64) At all times herein mentioned, FEHA,

22  Government Code section 12940(k), was in full

23  force and effect and was binding on defendants.

24  This statute states that it is an unlawful employ-

25  ment practice in California for an employer "to

26  fail to take all reasonable steps necessary

27  to prevent discrimination and harassment from

28  occurring." Prior to filing the instant Complaint,

    32

plaintiff filed a timely administrative charge with the DFEH and received a right-to-sue letter.

65) During the course of plaintiff's employment, defendants failed to prevent their employees from engaging in intentional actions that resulted in plaintiff's being treated less favorably because of plaintiff's protected status (i.e., his race, national origin, color, sexual orientation, physical disability, mental disability, and/or medical condition). During the course of plaintiff's employment, defendants failed to prevent their employees from engaging in unjustified employment practices against employees in such protected classes. During the course of plaintiff's employment, defendants failed to prevent a pattern and practice by their employees of intentional discrimination and harassment on the basis of race, national origin, color, sexual orientation, physical disability, mental disability, medical condition, and/or other protected statuses or protected activities.

66) Plaintiff believes and on that basis alleges that his race, national origin, color, sexual orientation, physical disability, mental disability, medical condition, and/or other protected status and/or protected activity were substantial motivating factors in defendants' employees' discrimination

33

against and harassment of him.

67) As a proximate result of defendants' willful, knowing, and intentional misconduct, plaintiff has sustained and continues to sustain substantial losses of earnings and other employment benefits.

68) As a proximate result of defendants' willful, knowing, and intentional misconduct, plaintiff has suffered and continues to suffer humiliation, emotional distress, and physical and mental pain and anguish, all to his damage in a sum according to proof.

69) Plaintiff has incurred and continues to incur legal expenses. Plaintiff will incur attorneys' fees. Pursuant to Government Code section 12965(b), plaintiff is entitled to recover reasonable attorneys' fees and costs (including expert costs) in an amount according to proof.

70) Defendants' misconduct was committed intentionally, in a malicious, despicable, oppressive, fraudulent manner, entitling plaintiff to punitive damages against defendants.

34

SEVENTH   CAUSE  OF  ACTION

(Wrongful  Constructive  Termination  of
Employment  in  Violation  of  Public
Policy  (Labor  Code § 1102.5;
FEHA,  Government  Code § 12900,
et seq.) — Against  Defendants
SAP,   and  Does  1 to 20,
Inclusive)

71)  The  allegations  set forth  in  paragraphs 1
through  70  are  re-alleged  and  incorporated
herein  by  reference

72)  Defendants  terminated  plaintiff's  employment
in  violation  of  various  fundamental  public policies
underlying  both  state  and  federal  laws.
Specifically,  plaintiff's  employment  was  terminated
in  part  because  of  his  protected  status
(i.e.,  race,  national  origin,  color,  sexual orientation,
physical  disability,  mental  disability,  medical  cond-
ition,  and/or  good  faith  complaints).  These
actions  were  in  violation  of  FEHA,  the
California  Constitution,  and  California  Labor
Code  section  1102.5

73)  As  a  proximate  result  of  defendants'
wrongful  termination  of  plaintiff's  employment  in
violation  of  fundamental  public  policies,  plaintiff
has  suffered  and  continues  to  suffer  humil-
iation,  emotional  distress,  and  mental  and
physical  pain  and  anguish,  all  to  his  damage

35

1  in a sum according to proof.

2    74) As a result of defendents' wrongful

3  termination of his employment, plaintiff has

4  suffered general and special damages in sums

5  according to proof.

6    75) Defendants' wrongful termination of

7  plaintiff's employment was done intentionally

8  in a malicious, fraudulent, oppressive, fraudulent

9  manner, entitling plaintiff to punitive damages

10    76) Plaintiff has incurred and continues

11  to incur legal expenses. Plaintiff will incur

12  attorneys' fees. Pursuant to Code of Civil

13  Procedure sections 1021.5 and 1032, et seq,

14  plaintiff is entitled to recover reasonable

15  attorneys' fees and costs in an amount

16  according to proof.

17

18    EIGHTH CAUSE OF ACTION

19    (Violation of Labor Code § 1102.5, et seq.

20    — Against Defendants SAP and Does 1 to 30,

21    Inclusive)

22    77) The allegations set forth in paragraphs

23  1 through 76 are re-alleged and incorporated

24  herein by reference.

25    78) At all relevant times, Labor Code

26  section 1102.5 was in effect and was binding

27  on defendants. This statute prohibits defendants

28  from retaliating against any employee, including

plaintiff, for raising complaints of illegality.

79) Plaintiff raised complaints of illegality while he worked for defendants, and defendants retaliated against him by discriminating against him, harassing him, and taking adverse employment actions, including employment termination, against him.

80) As a proximate result of defendants' willful, knowing, and intentional violations of Labor Code section 1102.5, plaintiff has suffered and continues to suffer humiliation, emotional distress, and mental and physical pain and anguish, all to his damage in a sum according to proof.

81) As a result of defendants' adverse employment actions against plaintiff, plaintiff has suffered general and special damages in sums according to proof.

82) Defendants' misconduct was committed intentionally, in a malicious, oppressive, fraudulent manner, entitling plaintiff to punitive damages against defendants.

NINTH CAUSE OF ACTION
(Common Law Invasion of Privacy —
Against Defendants SAP and
Does 1 to 30, Inclusive)

83) Plaintiff incorporates and re-alleges the

37

1   allegations set forth in paragraphs 1 through 82

2   herein by reference.

3       84) Defendants are and were not

4   authorized to access, disclose, transmit, or otherwise allow

5   access to Plaintiff's Protected Health

6   Information ("PHI")

7       85) Defendants are and were not

8   authorized to transmit Plaintiff's PHI to

9   unauthorized persons.

10      86) As a result of Defendants conduct,

11  Plaintiff's PHI was disclosed to or allowed

12  to be accessed by unauthorized persons.

13      87) Defendants' conduct alleged herein

14  was highly offensive and egregious and

15  would be offensive to a reasonable person

16  as well as an egregious breach of the

17  social norm.

18      88) Defendants' conduct violated Plaintiff's

19  common law right of privacy

20      89) Defendants' conduct directly resulted

21  in substantial damages and irreparable harm

22  to Plaintiff

23      90) Defendants' conduct was intentional,

24  reckless, and/or negligent.

25      91) Plaintiff is entitled to damages in

26  an amount to be proven at trial, punitive

27  damages, declaratory relief, and potential attorneys'

28  fees.

35

92) Plaintiff's damages and irreparable harm are substantial and continuing and will continue unless restrained and/or enjoined.

TENTH CAUSE OF ACTION
(Violation of California Constitution,
Art 1 § 1 Right to Privacy)
— Against Defendants SAP
and Does 1 to 30, Inclusive

93) The allegations set forth in paragraph 1 through 92 are re-alleged and incorporated herein by reference.

94) Defendants are and were not authorized to access, disclose, transmit, or otherwise allow access to Plaintiff's PHI

95) Defendants are and were not authorized to transmit, disclose, or otherwise allow access to Plaintiff's PHI to unauthorized persons.

96) As a result of Defendants' conduct, Plaintiff's PHI was disclosed to or allowed to be accessed by unauthorized persons

97) Defendants' conduct alleged herein was highly offensive and egregious and would be offensive to a reasonable person as well as egregious breach of the social norm

98) Defendants' conduct violated Plaintiff's right of privacy as provided him under the California Constitution.

39

99) Defendants' conduct directly resulted in substantial damages and irreparable harm to Plaintiff.

100) Defendants' conduct was intentional, reckless, and/or negligent.

101) Plaintiff is entitled to damages in an amount to be proven at trial, punitive damages, declatory relief, and potential attorneys' fees.

102) Plaintiff's damages and irreparable harm are substantial and continuing and will continue unless restrained and/or enjoined.

ELEVENTH CAUSE OF ACTION

(Intentional Infliction of Emotional Distress — Against All Defendants and Does 1 to 30, Inclusive)

103) The allegations set forth in paragraphs 1 through 102 are re-alleged and incorporated herein by reference.

104) Defendants' discriminatory, harassing, and retaliatory actions against plaintiff constituted severe and outrageous misconduct and caused plaintiff extreme emotional distress.

105) Defendants were aware that treating plaintiff in the manner alleged above, including depriving plaintiff of his livelihood, would devastate plaintiff and cause him extreme hardship.

40

106)  As a proximate result of defendants'
extreme and outrageous conduct, plaintiff has
suffered and continues to suffer severe emotional
distress.  Plaintiff has sustained and continues to
sustain substantial losses of earnings and other
employment benefits as a result of being
emotionally distressed.

107)  As a proximate result of defendants'
extreme and outrageous conduct plaintiff has
suffered and continues to suffer humiliation,
emotional distress, and mental and physical pain
and anguish, all to his damage in a sum
according to proof.

108)  Defendants' misconduct was committed
intentionally, in a malicious, oppressive, fraud-
ulent manner, entitling plaintiff to punitive damages.


TWELFTH CAUSE OF ACTION
(Violation of FEHA (Government Code § 12900
et seq.) (Retaliation for Engaging in
Protected Activity) — Against Defendants
SAP and Does 1 to 30 Inclusive)

109)  The allegations set forth paragraphs 1
through 108 are re-alleged and incorporated herein
by reference.

110)  Plaintiff's complaints to defendants about
harassment, as well as actual and/or perceived sexual
orientation, race, disability, and/or other characteristics

41

protected by FEHA, Government Code Section 12900, et
seq., were motivating factors in defendants' decision
not to retain, hire, or otherwise employ plaintiff
in any position and/or take other adverse
employment action, including constructive employment
termination, against plaintiff.

(111) Defendants' agents and supervisors frequently
made extremely inappropriate, sexually explicit
comments in front of plaintiff.

(112) Plaintiff complained to defendants about
the inappropriate comments, but nothing was done.
On the basis of the above, plaintiff believes
and alleges that defendants retaliated against him
for his complaints of sexual harassment, race based
discrimination, and/or disability discrimination and/or
other protected characteristics.

(113) Plaintiff complained to defendants of
the harassment he experienced. Thereafter, defendants
retaliated against plaintiff by harassing him and
taking adverse employment actions against him
in major part because he reported the harassment.

(114) Plaintiff's actual and/or perceived
sexual orientation, race, color, disability, and/or other
characteristics protected by FEHA, Government Code
Section 12900, et seq., were motivating factors
in defendants' decision not to retain, hire, reploy,
or otherwise employ plaintiff in any position and/or
to take any adverse employment action, including

42

1  constructive employment termination, against plaintiff.

2  115)  Defendants' conduct as alleged, violated

3  FEHA  Government Code section 12950 et seq,

4  and defendants committed unlawful employment practices,

5  including by the following, separate basis for

6  liability:

7  a.  Barring, discharging, refusing to transfer,

8  retain, hire, select, replace, and/or employ, and/or

9  otherwise discriminating against plaintiff, in whole

10  or in part on the basis of plaintiff's

11  actual and/or perceived sexual orientation, race,

12  disability, and/or other protected characteristics,

13  in violation of Government Code section 12940 (a);

14  b.  Retaliating against plaintiff for his

15  complaints to defendants about the harassment he

16  was experiencing by taking adverse employment

17  actions against him, in violation of Government

18  Code section 12940 (f)

19  c.  Harassing plaintiff and/or creating

20  a hostile work environment, in whole or in

21  part on the basis of plaintiff's actual and/or

22  perceived sexual orientation, race, color, disability,

23  and/or other protected characteristics, in violation

24  of Government Code section 12940 (j);

25  d.  Failing to take all reasonable steps to

26  prevent discrimination, harassment, and retaliation on

27  the basis of any individual and/or other protected

28  characteristics, in violation of Government Code section

43

12940 (k);

      e. Retaliating against plaintiff B- seeking to exercise rights guaranteed under FEHA and/or opposing defendant's failure to recognize such rights, including the right to be free of discrimination, in violation of Government Code Section 12940(h)

116) As a proximate result of defendants' willful, knowing, and intentional discrimination against plaintiff, plaintiff has sustained and continues to sustain substantial losses of earnings and other employment benefits

117) As a proximate result of defendants' willful, knowing, and intentional discrimination against plaintiff, plaintiff has suffered and continues to suffer humiliation, emotional distress, and physical and mental pain and anguish, all to his damage in a sum according to proof.

118) Defendants' misconduct was committed intentionally in a malicious, despicable, oppressive, fraudulent manner, entitling plaintiff to punitive damages against defendants.

119) Plaintiff has incurred and continues to incur legal expenses. Plaintiff will incur attorneys' fees. Pursuant to Government Code Section 12965(b) plaintiff is entitled to recover reasonable attorneys fees and costs (including expert costs) in an amount according to proof.

44

## PRAYER

WHERE FORE, plaintiff, MUHAMMAD KHAN, prays for judgment against defendants as f1b.s:

a. Appointment of counsel as PLAINTIFF is a lay-person, incarcerated, and unskilled at law and compelled to seek assistance from fellow prisoners who are also lay persons and unskilled at law in drafting and presenting this complaint in this court. PLAINTIFF cites VANTUCH V. DAVIS (Cal App) case for accommodation for incarcerated litigants.

b. For general and special damages according to proof;

c. For exemplary damages, according to proof;

d. For pre-judgement and post-judgment interest on all damages awarded;

e. For reasonable future attorneys' fees;

f. For costs of suit incurred;

g. For declaratory relief;

h. For such other and further relief as the court may deem just and proper.

ADDITIONALLY, plaintiff, MUHAMMAD KHAN, demand trial of this matter by jury. The amount demanded exceeds $25,000 (Government Code § 72055).

Dated: April 16, 2019

MUHAMMAD KHAN, Plaintiff

45

# EXHIBIT 1

## Fwd: Print this email all.

Faryal Shahid <faryal09@gmail.com>
Wed 3/20/2019 2:57 PM
**To:** Faryal Braver <Faryal.braver@openarms-ccdc.org>

---------- Forwarded message ---------
From: **Hassan K** <akahassan@gmail.com>
Date: Sat, Mar 16, 2019 at 11:35 PM
Subject: Print this email all.
To: Faryal Shahid <faryal09@gmail.com>

---------- Forwarded message ---------
From: **Hassan K** <akahassan@gmail.com>
Date: Fri, Oct 9, 2015, 16:30
Subject: Fwd: Reminder: Please sign your new hire documents! // Hassan Khan
To: <jenny.le@sap.com>

Here is the offer letter.

---------- Forwarded message ---------
From: **Kelli Ryan via DocuSign** <dse_na2@docusign.net>
Date: Mon, Dec 29, 2014 at 2:49 AM
Subject: Reminder: Please sign your new hire documents! // Hassan Khan
To: Hassan Khan <akahassan@gmail.com>

**DocuSign**

**REVIEW DOCUMENT**

 **Kelli Ryan**
kelli@twilio.com

Hi Hassan,

Please complete the following I-9, EEO Form, and W4 and be sure to select whether you
are single, married, or married but wish to withhold at a higher single rate on your W4
form for tax purposes.

Thank you,
People Operations Team

This email contains a secure link to DocuSign. Please do not share this email, link, or access code with
others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
B089CF73216B40A4A8C97893FAA58D0E2

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in
an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted
solution for Digital Transaction Management™.

⬇ Download the DocuSign App

This message was sent to you by Kelli Ryan who is using the DocuSign Electronic Signature Service. If you would rather not receive
email from this sender you may contact the sender with your request.

--
Sent from Gmail Mobile

EXHIBIT 2

October 24th, 2014

Re: Muhammad Hassan Khan

To whom it may concern,

I am writing you about the application for U.S. Citizenship for Mr. Muhammad Hassan Khan with regards to his obtaining U.S. Citizenship. My name is Sanjay Shirole a citizen of the United States and an executive working at SAP;  a global software company with over 66,000 employees worldwide and annual revenues of over USD 20 billion.

I first met and worked with Mr. Khan in June 2013 when he started work as a graduate intern at the SAP offices in Palo Alto, California. In April 2014, I hired him into my team at SAP in Palo Alto as a full time employee. During his time as an intern as well as a member of my team, Mr. Khan has carried himself in a very professional manner, been an eager learner, helpful to his colleagues and displayed a strong work ethic.

Mr. Khan is a graduate from the College of William & Mary, a respected State University in Virginia. Based on my interactions with him since June 2013, both professionally and personally, I see no reason to question his character and fitness to be an upstanding citizen of the United States nor do I question his loyalty to these United States.

If you have any questions, please do not hesitate to contact me via the contact information above and via email: Sanjay@Shirole.com. Thank you.

Sincerely,

/s/ Sanjay S. Shirole

EXHIBIT 3

2/2/2015   https://performancemanager5.successfactors.eu/xi/ui/pm2/pages/review/selfreviewPrint.xhtml?folderMapId=1276160&pmr_tm=142293639t6066&pmr_ck=pc&…

## 2014 Performance Review:Hassan Khan

## Introduction

The following describes the annual performance review. Employees begin by completing a self-assessment at the end of a year of the Goals and Focus areas. Following the submission of the self-assessment by the employee to the Manager, the manager then provides ratings, comments and coaching to the Manager.

## Goals

This section of the evaluation accommodates the original.

Customer Success

## Communication
Meets key deliverables as defined

**None**

### Hassan's Rating
Outstanding Performance

### Hassan's Comment
Comments not provided

### Sanjay's Rating
Successful Performance

### Sanjay's Comment
Hassan is performing appropriately for his level and experience level when it comes to Communication. He needs to work on moving to the next level when it comes to communicating externally (outside SAP) as well as internally (within SAP, but outside of the HanaHaus team). He is doing a great job of taking the initiative and showing his passion when he communicates with others. he now needs to start smoothing out the rough edges in his communication skills.

### Goal Details

Ensures understanding, trust and cooperation through effective and appropriate communication. -Encourages colleagues to freely express their opinions and perspectives -Communicates clearly, conveying messages in a way that others can understand - in both written and oral communication - Adapts style of communication to specific target groups, situations and media - Communicates unpleasant messages in a timely and constructive manner - Listens openly and attentively to fully understand people's ideas and opinions - Attends to both explicit messages and non-verbal communication -Effectively settles differences, finds common ground and gains cooperation

| | |
|---|---|
| Goal Name | Communication |
| How success will be measured | Meets key deliverables as defined |
| Start | 01/01/2014 |
| Due | 12/31/2014 |
| Completion | 0.0 |
| Status | None |
| Minimum Actual | 0.0 |
| Execution Target | 0.0 |

### Other Details

**Key Deliverables:**

02/01/2014 - 12/31/2014                                    % Complete
Conduct effective virtual meetings through SAP Connect and contribute to in-person meetings with outstanding presentation skills. Write persuasive briefing documents

02/01/2014 - 12/31/2014                                    % Complete
Create meeting minutes when shadowing F2F Customer Meeting (16x) and customer calls (28x ); review and share with ASM.

02/01/2014 - 12/31/2014                                    % Complete
Build out your social and brand image. Actively engaged via Linked In and Twitter

Milestones. N/A

Targets: N/A

2/2/2015    https://performancemanager5.successfactors.eu/xuu/pm2-pages/review/selfreviewPrint.xhtml?folderMapId=12761606&pmr_trs=14229363506066&pmr_ck=pe&...

## Customer Focus
Successfully meets key deliverables as defined                                                                    None

**Hassan's Rating**
Outstanding Performance

**Hassan's Comment**
Comments not provided

**Sanjay's Rating**
Outstanding Performance

**Sanjay's Comment**
Hassan is really passionate and effective when it comes to Customer Focus. He takes the initiative to reach out his customers (both internal as well as external) and makes sure that he understands their needs and works to fulfill them to the best of his ability. One area that I would like him to work on is to make sure that he sets the customer's expectations and not over commit delivery to the customer.

### Goal Details

Constantly works towards long-term success and satisfaction of both internal and external customers. -Thoroughly understands customer needs -Ensures that customers' success is seen as the top priority -Manages expectations of customers -Delivers on promises to customers -Seizes opportunities to add value to the customer -Maintains integrity even in challenging customer situations -Seeks feedback from customers to identify opportunities for improvement

| | |
|---|---|
| | Customer Focus |
| | Successfully meets key deliverables as defined |
| | 01/01/2014 |
| | 12/31/2014 |
| | 0.0 |
| | None |
| | 0.0 |
| | 0.0 |

### Other Details

**Key Deliverables:**

02/01/2014 - 12/31/2014                                    % Complete
Contribute to an Account/Territory research using the Account Planning baseline tool and methodology, analyze the financial situation of a company, and identify business challenges and industry trends Assessment: AAE will review Acct Plan with ASM/RAD's to discuss actions

02/01/2014 - 12/31/2014                                    % Complete
Prepare territory whitespace analysis to identify solution gaps and create demand generation activities/campaign. Collaborate with marketing and IVE to incorporate Industry based propositions. Assessment - Document the demand generation plan and approach and be prepared to review and discuss with RAD and ASM - Speak to minimum 5 external contacts a week through demand generation activities, events, briefings, presentations, cold calling etc (record detail and be prepared to share learnings, outcomes , results)

**Milestones:** N/A

**Targets:** N/A

## Problem Solving, Critical & Innovative Thinking
Successful completion of key deliverables                                                                     None

**Hassan's Rating**
Outstanding Performance

**Hassan's Comment**
Comments not provided

**Sanjay's Rating**
Successful Performance

**Sanjay's Comment**
Hassan is performing appropriately for his level and experience. He jumps onto problems with a gusto, which is the right attitude to have. He needs to work on sharpening his Critical and Innovative thinking to solve the problems that he encounters or is asked to work on. By honing his skills on Critical and Innovative thinking, he will become much more effective and successful.

### Goal Details

Contribute to Account strategy, bringing new ideas and fresh perspective, using critical thinking skills. Leverage mobile sales tools to support innovation in sales planning and execution. Generates ideas, initiatives and actions to

drive and continuously improve operating efficiencies and expand market leadership. Challenges and improves processes, methods, systems and solutions along SAP's and customers' value chain. Generates and promotes new ideas and breakthrough initiatives. Translates creative ideas into plans and actions. Thinks beyond boundaries to create vision. Demonstrates resourcefulness to find information autonomously. Facilitate Customer focused Design Thinking sessions. Demonstrate efficient Time Management skills

| | |
|---|---|
| | Problem Solving, Critical & Innovative Thinking |
| | Successful completion of key deliverables |
| | 01/01/2014 |
| | 12/31/2014 |
| | 0.0 |
| | None |
| | 0.0 |
| | 0.0 |

## Other Details

### Key Deliverables:

02/01/2014 - 12/31/2014                                              % Complete
Demonstrate and present SAP mobile support tools to ASM and/or VP and team.

02/01/2014 - 12/31/2014                                              % Complete
Participate in minimum 2 customer focused Design Thinking sessions. Be the scribe or facilitate.

02/01/2014 - 12/31/2014                                              % Complete
Create and build innovative presentations for a customer or prospect meeting. This can be for an ASM or Champion account or for a self-generated opportunity

Milestones: N/A

Targets: N/A

None

## Sales Skills
Meet key deliverables as defined

### Hassan's Rating
Too New To Rate

### Hassan's Comment
No sales involved with this role.

### Sanjay's Rating
Outstanding Performance

### Sanjay's Comment

Hassan is a natural sales person! I do believe that his early exposure to retail when doing summer jobs and interning while at college have really helped him understand some of the secrets of selling. I have no hesitation in giving him the current rating. I would recommend that by improving his communication skills and his critical and innovative thinking will help him get even better with his Sales Skills.

## Goal Details

Identifies potential new clients and new opportunities in existing clients for SAP products and services, and develops approaches for selling to them. Develop business process understanding including business drivers, market requirements for customers and the customer value chain as well as partners and the ecosystem. Build and maintain effective business relationships with customers and partners (internal and external) and coordinates resources to pursue joint sales opportunities.

| | |
|---|---|
| | Sales Skills |
| | Meet key deliverables as defined |
| | 01/01/2014 |
| | 12/31/2014 |
| | 0.0 |
| | None |
| | 0.0 |
| | 0.0 |

Other Details

Key Deliverables:

02/01/2014 - 12/31/2014        % Complete

        Deliver engaging whiteboard selling presentations including Cloud end to end story. SAP Strategy and Analytics portfolio. KPI: Minimum one to each audience. Customer, Internal Sales Team, Prospect Assessment: Successfully completes with Scorecard sheet completed by ASM/VP

       % Complete

        Execute demand generation campaigns using cold calls, leveraging BASHO/emails/Social Sales techniques , and by leveraging marketing campaigns, tailor messages to customers/prospects to: Assessment: a.Impact incremental pipeline:Pipeline Generation b.Create a minimum 3 opportunities qualified through to sales stage D in CRM c. Identify and set minimum of 3 meetings per rotation for new contacts for SAP, eg by Line of Business, by Account. by Prospect d. Drive specific customer attendance at events and forums per plan with ASM and/or Champion

Milestones: N/A

Targets: N/A

---

Teamwork and Collaboration
Meet key deliverables as defined

Hassan's Rating
Outstanding Performance

Hassan's Comment

Comments not provided

None

Sanjay's Rating
Successful Performance

Sanjay's Comment

When it comes to Teamwork and Collaboration, Hassan is performing at the appropriate level. Hassan works well within the HanaHaus team and collaborates well. I would like him to work on improving his collaboration and teamwork outside of the HanaHaus team.

Goal Details

Access and leverage SAP sales resources. Value Maps, Mobile sales tools and engage the right internal resources i.e. VAT team. Offer coaching to extended team members around presentation and communication skills, prospecting (BASHO), virtual (SAP Connect) and social selling (LinkedIn Navigator) Collaborate in a fair and effective manner with others to achieve goals. -Approaches team members openly and with respect -Recognizes different perspectives, interests and needs within a team -Takes responsibility for own work and activities -Identifies and organizes resources across the organization to accomplish tasks -Energizes people to work together -Detects synergies and collaborates with other teams -Works efficiently in co-located teams -Proactively shares knowledge and experience with others

| | |
|---|---|
| | Teamwork and Collaboration |
| | Meet key deliverables as defined |
| | 01/01/2014 |
| | 12/31/2014 |
| | 0.0 |
| | None |
| | 0.0 |
| | 0.0 |

Other Details

Key Deliverables:

02/01/2014 - 12/31/2014        % Complete

        Build out geographical/strategic industry VAT team list that represents members from finance, pricing, VE, presales, marketing, IVE, education. Meet (virtual or in person) every member and collect description of role. Add them to your Linked In.

02/01/2014 - 12/31/2014        % Complete

        Demonstrate effective engagement across VAT. Collect proactive appraisal and feedback, minimum 2 per rotation.

Milestones: N/A

Targets: N/A

## SAP Passions

We exhibit our passion for SAP through our dedication and our hope for SAP's future. We use the SAP passions as a lens to evaluate our behaviors and our work...

## Success

We measure our success by our customers' success. Commit to the success of customers, partners, colleagues, and SAP. The SAP competencies that help to describe this passion are Customer Focus, Business Acumen, Strategic Thinking and Innovative Thinking.

**Hassan's Rating**
Outstanding Performance

**Hassan's Comment**
Comments not provided

**Sanjay's Rating**
Outstanding Performance

**Sanjay's Comment**
Hassan is very committed to the success of customers and partners. He is always thinking of ways to make these constituents successful. I do believe that this high level of performance at such an early stage in his career is due to his early exposure in life to real world sales. I would like Hassan to now focus on making his internal, non-HanaHaus colleagues successful.

## Accountability

We embrace accountability and always make good on our promises. Keep your word by executing on commitments we have made to ourselves and others. The SAP competencies that help to describe this passion are Challenge Complexity, Change Agility and Results-Driven

**Hassan's Rating**
Outstanding Performance

**Hassan's Comment**
Comments not provided

**Sanjay's Rating**
Successful Performance

**Sanjay's Comment**
Hassan is performing at the appropriate level for his position and experience level. Going forward I would like Hassan to step up and become accountable with minimal follow up from his manager. His goal should be to move to an Outstanding/Extraordinary level of performance.

## Professionalism

We exhibit professionalism by consistently delivering quality work. Act with integrity, treat others with respect, pursue personal expertise and execute with discipline. Demonstrate professionalism with Self-Development.

**Hassan's Rating**
Outstanding Performance

**Hassan's Comment**
Comments not provided

**Sanjay's Rating**
Successful Performance

**Sanjay's Comment**
Hassan is performing at the appropriate level when it comes to Professionalism. He can definitely work on pursuing personal expertise and execute with discipline in order to move up to the next level.

## Integrity

We are honest and fair and take responsibility for all our actions. Treat our customers and co-workers with sincerity and respect. The SAP competencies that help to describe this passion are IT Principles & Data Security and Quality Focus

**Hassan's Rating**
Outstanding Performance

**Hassan's Comment**
Comments not provided

**Sanjay's Rating**
Successful Performance

**Sanjay's Comment**
Hassan definitely is a person of Integrity and meets the standards of SAP competency. I would like him to work on getting to the next level of Integrity and he definitely has the potential to get there.

## Teamwork

We value teamwork because it enables us to exceed our individual limits and share greater success. Take personal initiative in collaborating to achieve success. Demonstrate teamwork with Teamwork & Collaboration and Engagement with Partners & Third Parties.

**Hassan's Rating**
Extraordinary Performance

**Hassan's Comment**
Comments not provided

**Sanjay's Rating**
Outstanding Performance

**Sanjay's Comment**
Hassan has worked and continues to work very well with the HanaHaus team as well as with Partners and Third Parties: even beyond the expected level of SAP competencies. He should continue doing what he does.

## Trust

We work for each other's success and take personal responsibility for all of our relationships, be it with customers, partners, or colleagues. The SAP competencies that help to describe this passion are: Communication and Intercultural Sensitivity

**Hassan's Rating**
Extraordinary Performance

**Sanjay's Rating**
Outstanding Performance

**Hassan's Comment**
Comments not provided

**Sanjay's Comment**
Hassan has shown me repeatedly through his focus on taking on the responsibility of making everyone successful in his ecosystem. He has done way better than expected at the standard SAP competency level.

## Overall Comments

## Overall Comments Section Overall Comment

**Hassan's Comment**
2014 has been a great year so far for my career. I started this year with the Sales Academy and a few months in, found my passion with the Chairman Projects team. Even though most of this year has been mostly project management related, rather than customer based, I've enjoyed learning about creating a new LoB within a large software company. We've brought together different parties and are creating an ecosystem to help startups learn and grow their respective businesses. I'm looking forward to 2015 where we establish more partnerships and create a long-term customer base. I've enjoyed working with Sanjay Shirole as a Manager and have learned quite a bit from his mentorship. I also look forward to growing our team and locations as we move forward.

**Sanjay's Comment**
Over the course of this year since Hassan came on board the HanaHaus team, he has always kept a very positive attitude and has listened to and acted on the critical input that I have provided him. It has been a pleasure working with Hassan and I look forward to working with him in the future.

## Performance Summary
The Managers Manual Rating is the rating of record.

**Final Score**
Successful Performance

**Others' Rating**
by Sanjay Shirole

**Rating**
Successful Performance

**Sanjay's Comment**
Comments not provided

## Signatures
When you have completed your review, you will be able to electronically sign the form. Your electronic signature will be stored in this section of the form.

Sanjay Shirole                                                    02/03/2015

Comments not provided

# EXHIBIT 4



April 08, 2015

Hassan Khan (01839342)
SAP Labs, LLC

Dear Hassan,

At SAP, our employee's contributions are the key to the company's success. Your hard work, commitment and innovative efforts are the required ingredients to ensure we achieve SAP's ambitious goals in support of our vision—to make the world run better and improve people's lives. Thank you for your hard work and on-going contributions during 2014!

In recognition of your increased responsibilities and the proficiencies you have demonstrated in your current role, we are excited to inform you that you are now being promoted to the next career level. Below you will find your **2015 Total Target Cash Compensation** package*, determined by your manager. This package represents a 13.47% increase over your 2014 total target cash compensation.

| | |
|---|---|
| New Job Title: | Internal Strategic Consultant |
| New Career Level: | T2 |
| New Grade Level: | 1 |
| Current Working Time: | 100.00% |
| Annual Base Salary: | 75,600.00 USD |
| Annual Target Bonus: | 9,500.00 USD |
| New Total Target Cash Compensation: | 85,100.00 USD |

Changes to your base salary and target bonus are effective April 1, 2015 and will be reflected in the April 2015 payroll, based on your country payroll schedule.

Total Rewards is the comprehensive package of salary, variable incentives (i.e. target bonus, etc.), equity, recognition awards, personal well-being benefits, financial protection programs, capital accumulation opportunities, employee assistance programs, plus opportunities for career development. To access your 2015 benefits overview, please go to My Rewards.

If you have any questions about your 2015 compensation package, please speak with your Manager directly.

Best Regards,


Johnna Seal
**Head of Americas Total Rewards**


* Your new Total Target Cash Compensation Package is based on your current working time. Please be aware that recent changes (e.g. change in working time) might not yet been reflected in this letter. In this case you will receive a revised contract amendment.

# EXHIBIT 5 [1]

[1] Private and confidential under HIPAA and CMIA. Provided for court use only, seal requested.

## The Permanente Medical Group, Inc.

19000 Homestead Road
Cupertino CA 95014-0712
Dept: 408-366-4400
Main: 408-851-1000

**TREATMENT VERIFICATION**                    DATE: November 24, 2015

Muhammad Khan has been attending Intensive Outpatient Program beginning November 1, 2015 through November 27, 2015 with. He's been under Kaiser's care for psychiatric and physical Issues since July of 2015 both in the Bay Area and in the DC area due to being close to his family and having a better support system. He is currently working with our team in the Cupertino, CA and will so indefinitely. This provider and our overseeing team does not wish for Muhammad to return back to work due to his current conditions and support his request for leave. He has follow-up appointments with Mountain View Behavioral Health for the next two months. It is also my understanding that certain paperwork was not was not received by your medical office to support his STD. Muhammad was not in the right state to submit his information and has been stressed out severely by his job, manager, and personal issues for months. He was not in the right state to gather and submit paperwork and is currently focusing on regaining his physical health.

SIGNATURE AND TITLE

GERTRUDE ANNE BONINCONTRO MFT

*I hereby authorize the Kaiser Permanente Medical Care Program to disclose treatment to employer/school, the confidential information contained in this form.*

SIGNATURE OF PATIENT OR RESPONSIBLE PERSON | RELATIONSHIP TO PATIENT



## Paperwork
1 message

**Hassan K** <akahassan@gmail.com>                                              Mon, Nov 16, 2015 at 18:14
To: SAP_STD_FMLA@AETNA.com <sap_std_fmla@aetna.com>

Could someone verify the paperwork was received for std? Thanks!



## Paperwork
1 message

**Hassan K <akahassan@gmail.com>**                                Tue, Nov 17, 2015 at 14:39
To: SAP_STD_FMLA@AETNA.com <sap_std_fmla@aetna.com>

Hi. Have you received my info for std/FMLA? I've sent it over already.



## Aetna Update
1 message

Hassan K <akahassan@gmail.com>                                      Wed, Nov 18, 2015 at 17:27
To: SAP_STD_FMLA@AETNA.com <sap_std_fmla@aetna.com>

Hi, here are more documents and paperwork for review. I'll also be sending an appeal for STD. The password for this is
11281989

📎 **3042338-1_KHAN_MUHAMMAD_11_05_15.pdf**
256 KB



## Follow-up documents for appeal

1 message

**Hassan K** <akahassan@gmail.com>                                          Wed, Dec 2, 2015 at 15:25
To: SAP_STD_FMLA@AETNA.com <sap_std_fmla@aetna.com>

Dear Aetna,

  Last week I had mentioned how I needed to redo the appeal to include extenuating circumstances and to wait for documents from my doctor's office. Here is the letter from my current outpatient program at Kaiser. I'm sending over another document and letter from my provider soon. I understand that as of 2 weeks ago, the items now go to an appeal manager.

I'd appreciate a call in the mean time from my case manager to discuss the documents,

Hassan

**3 attachments**

**Dear SAP STD.docx**
130 KB

**3042338-1_KHAN_MUHAMMAD_11_05_15.pdf**
256 KB

**SAP_BH_PAPERWORK.pdf**
182 KB

# EXHIBIT 6



## Copies
1 message

**Khan, Hassan** <hassan.khan@sap.com>                                    Wed, Oct 14, 2015 at 21:24
To: Le, Jenny <jenny.le@sap.com>

Jenny,

Can you send me copies of all documents that you have including in the report that you have acquired from Aetna and what you know about the case so far.

Sent from mobile device. Please excuse brevity and typos.
(1)

# EXHIBIT 7

 Gmail

Hassan K <akahassan@gmail.com>

---

## Explanation

Hassan K <akahassan@gmail.com>                                                      Thu, Dec 10, 2015 at 2:38 AM
To: "Le, Jenny" <jenny.le@sap.com>
Cc: "Parkinson, Jewell" <jewell.parkinson@sap.com>

Jenny/Jewell.

    This is a bit discerning and subject to investigation. For over a year Sanjay/Colleagues have verbally, physically, and digitally violated me along with preventing my growth and development resulting in a terrible emotional state. When i first reported this, my concern with Sanjay was talked about to him by your HR representative, Pranav, which resulted in Sanjay retaliating against me for bringing it up and him hacking into my personal accounts (specifically email and subsequently Twitter and Facebook).

    Upon reporting this to your team, I was told first, by Jewell, in the first week of September, that she'd be able to transfer me to a different team given the numerous issues I'd been having with Sanjay and his abusive ways. Subsequently, Jewell did not follow-up as promised. While Sanjay had suggested I take a medical leave to find a different job and while dealing with the emotional scaring, a few external companies had replied back to me stating they were told I was no longer with the company by Sanjay and his staff at HanaHaus resulting in further loss of other employment. Sanjay even mentioned at the end of August that he only wanted me to be at HanaHaus only if I had a reservation. In summation, even though Sanjay has told me "you can't blame me for your break down," he is the cause of it through his constant abuse.

    I had sent more grievances including sexual harassment and religious oppression which resulted in a case assignment to Jenny Le. Come October 5th, I was placed on Unpaid leave by Jenny (note Sanjay was not and continued to work in his role) while this was "investigated." During the investigation, something that was emotionally scaring, Jenny asked me to describe the claims I had and asked me to comply with the investigation each time. I abided and have done my part to provide what was necessary while explaining multiple times that I do not want to lose my job through this investigation which Jenny had confirmed would not happen.

    During the conversations, I asked where I can report a disability to SAP which was never answered. Also during the conversations, I had asked why the head of HR NA cannot move an employee and was told she has no power to do so (given it was verbally confirmed the first week of September). I continued to be placed on unpaid leave during this time.

    In a conversation the afternoon of the 24th of November, Jenny had stated the investigation was being wrapped up and asked me to return to work with a final return date (agreed upon Tuesday, December 1). I asked Jenny if I'd be returning back to Sanjay and what my options were for other teams/employment. Jenny asked me to to speak to other managers and if they offered me employment, that that would be my only option to switch teams. Upon reaching out and having conversations with two new managers, I was invited by email and text on campus to have lunch and speak to them about a position given they would not meet off-campus (Emails/Texts available).

    The same day, early evening, I received an email from SAP at 5:17pm stating that "Based on concerns SAP has with your recent conduct and behavior, SAP has made the decision to terminate your employment effective today, Tuesday, December 1, 2015." This is evident from members of your check-in team and security reviewing my linkedIn profile (while I'm sure Sanjay had an internal party report it to him) and ABM having sent me a message for "extra security due to an employee being 'fired.'" While SAP has tried to hide the evidence by deleting my email account, I've saved every email and correspondence before SAP decided to revoke my email account.

    Given I had secured employment with another team (did Jenny every think about this?), I had sent out an email hours after (time stamp available) to a few parties with my concerns stating that I was wanting to leave HanaHaus and Sanjay because of his negative and abusive management. Never in this email had I stated that I quit or was completely leaving SAP.

    Upon questioning Jenny for the reasons, I was told that I had "quit" before SAP had terminated my employment. Any legal entity subpoenaing the documents and observing the timestamps would clearly verify that SAP terminated my employment prior.

    What I ask Jenny/Jewell is an answer to why I was terminated for "recent conduct" when I was instructed by Jenny to speak to other managers about positions given I'd return back to Sanjay by default.

Also, there is no severance package (for being terminated) or 2 weeks of pay, legally due (if you are claiming that I've "quit" which I've not).

There are numerous flaws in the process and how SAP HR has treated my case of constant Harassment by an SAP manager. Colleagues have witnessed and confirmed this behavior while past employees have agreed to come forward against Sanjay.

I suggest someone who is able to make a decision (given Jenny and Jewell don't have the power) do so soon prior to case further escalating.

Also note, the morning after the termination, I had 4 consecutive Facebook hack attempts by guess who? Sanjay again. Look at his background, he has full capability and grit to "fuck me over" as he has told me multiple times.

Thanks for your prompt attention to this, I'd appreciate a response to this given SAP has terminated shortly after my Birthday and has left me without an income to help support myself or my family during the holiday season.

PS - Sanjay has full control of HanaHaus and can do with it what he pleases including deleting communication and altering footage. As a personal request, please do not given him any more of my personal information. I do not want Sanjay contacting me anymore or harassing me further.

Warm Regards,

Hassan

On Fri, Dec 4, 2015 at 11:27 AM, Le, Jenny <jenny.le@sap.com> wrote:

Hassan,

As already indicated in my email to you on Wednesday, you resigned before receiving SAP's notice of termination. Either way, SAP's prior communication explains the reason.

We wish you well in your future endeavors.

Jenny

**From:** Hassan K [mailto:akahassan@gmail.com]
**Sent:** Thursday, December 3, 2015 2:40 PM
**To:** Le, Jenny <jenny.le@sap.com>; Parkinson, Jewell <jewell.parkinson@sap.com>
**Subject:** Explanation

Jenny/Jewell,

I'd appreciate an answer on why I was terminated and the reasons addressed. COB today would be great.

| | Facebook | Inbox | Somebody requested a new password for your Facebook account | Apr 9 |
|---|---|---|---|---|
| | Facebook | Inbox | Somebody requested a new password for your Facebook account | Apr 3 |
| | Facebook (2) | Inbox | Somebody requested a new password for your Facebook account | Feb 22 |
| | Facebook (3) | Inbox | Somebody requested a new password for your Facebook account | Feb 16 |
| | Facebook | Inbox | Somebody requested a new password for your Facebook account | Feb 7 |
| | Facebook (4) | Inbox | Somebody requested a new password for your Facebook account | Jan 29 |
| | Facebook (7) | Inbox | Somebody requested a new password for your Facebook account | Jan 28 |
| | Facebook (4) | Inbox | Somebody requested a new password for your Facebook account | Jan 13 |
| | Facebook (6) | Inbox | Somebody requested a new password for your Facebook account | Jan 5 |
| | support | | Support Portal Re: Fwd. Cacopod Transaction Confirmation (Transaction #12203342) | 12/26/15 |
| | Facebook (5) | | Somebody requested a new password for your Facebook account | 12/26/15 |
| | Facebook (2) | | Somebody requested a new password for your Facebook account | 12/25/15 |
| | Facebook (4) | Inbox | Somebody requested a new password for your Facebook account | |

Inbox (545)
Important
Sent Mail
Drafts (38)
Spam (2)
Trash
Circles

Jonas Kehrbaum
Missed video call

# EXHIBIT 8



## *MOST IMPORTANT EMAIL* Fwd: Question
1 message

Hassan K <akahassan@gmail.com>                                        Mon, Aug 28, 2017 at 13:07
To: Chuck Smith <smith@hslawoffice.com>, Janet <smithassistant@hslawoffice.com>

---------- Forwarded message ----------
From: Brian Johnsrud <Bjohnsrud@curleyhessinger.com>
Date: Fri, Jan 8, 2016 at 16:20
Subject: RE: Question
To: Hassan K <akahassan@gmail.com>

Mr. Khan:

Your email indicating that you were voluntarily leaving your employment with SAP is attached.

Jenny Le's email confirming your employment termination also is attached.

In either circumstance, your employment with SAP is over.

If you've not discerned it by now, SAP employees will not be responding to your messages.  Our recommendation is that you find a new job and move forward in your career.  All job search records should be preserved.

As necessary, we will respond to any allegations you may make in the appropriate forum.  SAP reserves all rights.

Very truly yours,

Brian Lee Johnsrud

**Curley, Hessinger & Johnsrud LLP**
Counselors at Law

4400 Bohannon Drive, Suite 230

Menlo Park, CA 94025

direct: 650-600-5310

cell:  650-722-2733

fax:   650-899-1998

bjohnsrud@curleyhessinger.com

www.curleyhessinger.com

**From:** Hassan K [mailto:akahassan@gmail.com]
**Sent:** Friday, January 08, 2016 8:08 AM
**To:** Brian Johnsrud
**Subject:** Fwd: Question

Brian,

Forwarding the message just in case it's not been seen. Let me know whom else, if any, within your firm to direct this request to.

———— Forwarded message ————
**From:** Hassan K <akahassan@gmail.com>
Date: Thursday, January 7, 2016
Subject: Question
To: "bjohnsrud@curleyhessinger.com" <bjohnsrud@curleyhessinger.com>

Brian,

I've two questions for you in regards to the former employment of Muhammad Khan with SAP. Was he fired or did he quit? Specifically, what was the reasoning?

---

**2 attachments**

📄 **Khan Email.pdf**
605 KB

📄 **Le Email.pdf**
58 KB

EXHIBIT 9



## Character

message

**Hassan K** <akahassan@gmail.com>                                         Mon, Dec 14, 2015 at 14:05
To: Le, Jenny <jenny.le@sap.com>, Parkinson, Jewell <Jewell.parkinson@sap.com>
Bcc: Yi-Fan (Yvonne) Everett <Yvonne@bryanschwartzlaw.com>

Jenny/Jewell,

   Please inform Sanjay to stop letting others in and outside of the company about my work status with SAP. He's been informing those who come in HanaHaus and other employers that I've been fired. A few people have come back and let me know which I do not appreciate as it's now ruining other opportunities.

   If SAP's goal is for me to leave (which it seems), I'd appreciate him not talking about me to others as an explicit directive, including the team.

   Also, I have personal belongings at HanaHaus that need to be returned. I've been told by the Blue Bottle staff that I'm trespassing if I come inside the building at all. However much this should not be the case, I'd appreciate a clarification given it's a public facility.

   PS - in reviewing everything, think of who was closest to Sanjay from his first day of employment till now. Those that were are all no longer working with him. Perhaps there's a reason why.

I'd appreciate a response,

Muhammad

# EXHIBIT 10

309

1   People's position.  And again, even from all the letters that
2   were submitted as reference, there was no mention of any type of
3   mental illness.  But since there -- Mr. Smith did mention this
4   letter from Dr. Greene, Dr. Greene does refer to having reviewed
5   medical records and referring to evidence from the record
6   suggesting, perhaps, symptoms of mental illness and, perhaps,
7   the symptoms are related to the actions.  So in light of that, I
8   will exercise my discretion.  But to do that, I would have to --
9   Mr. Khan would have to waive time.  Mr. Khan originally only
10  waived time to yesterday for purposes of sentencing.  He wanted
11  to be sentenced as soon as possible, and then he continued it
12  one more day just because Mr. Smith was not available.
13        So, Mr. Khan, do you want to waive time for whatever time
14  it takes to get that report for sentencing?
15              THE DEFENDANT:  Yes, your Honor.
16              THE COURT:  All right.  Then I will exercise my
17  discretion under Penal Code section 457 to order that Mr. Khan,
18  for the purposes of sentencing, submit to a psychiatric or
19  psychological examination.  We'll go off the record and
20  determine how to procedurally get that done as expeditiously as
21  possible, and then we'll set a new date for sentencing.
22              (Off the record.)
23              THE COURT:  All right.  Let's go back on the record.
24  All right.  The information from the clerk is that we can
25  arrange to have an order signed, and we have the name of a
26  doctor, and we'll ask for the report.  So we can just set
27  another sentencing date.  So let's continue that for
28  December 14th at 1:30.

# EXHIBIT 11



## Fwd: Khan
1 message

**Chuck Smith** <smith@hslawoffice.com>                                    Tue, Aug 29, 2017 at 13:15
To: Hassan K <akahassan@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** "Huang, Charles" <huang@das.sccgov.org>
> **To:** "Chuck Smith" <smith@hslawoffice.com>
> **Subject: FW: Khan**
>
> Chuck,
>
> Just got this.
>
> Charlie
>
> **From:** Trisha Luciano [mailto:Tluciano@nbo.law]
> **Sent:** Tuesday, August 29, 2017 11:52 AM
> **To:** Huang, Charles <huang@das.sccgov.org>
> **Subject: FW: Khan**
>
> Attached are the documents you requested. Also, Ms. Finberg indicated there is a lot of history that we had
> shared with the previous DA so maybe it would make sense to have a quick call with him so I can provide
> some background. I can make myself today when convenient for him.
>
> **From:** Laprade-Finberg, Isabelle [mailto:isabelle.laprade-finberg@sap.com]
> **Sent:** Monday, August 28, 2017 1:28 PM
> **To:** Trisha Luciano <Tluciano@nbo.law>
> **Subject:** Khan
>
> Hi Trisha –
>
> As mentioned in my voicemail, Mr. Shirole and HR delivered an expectations memo to Khan in May 2015
> and as you can see from the attached chronology, it was the beginning of the end. I will give you a call after
> 4pm today. Thank you,

Isabelle

Isabelle L. Finberg

Lead Senior Legal Counsel

SAP America, Inc.
3410 Hillview Avenue
Palo Alto, California 94304
T 650-845-5774
mail to: isabelle.laprade-finberg@sap.com
www.sap.com

Prepared by a member of SAP Global Legal. This message and any attachments may contain information that is confidential, private or protected by the attorney-client or other privilege. If you have received this email in error, please delete this message without further copying or distribution and promptly notify me. Thank you for your cooperation.

---

**4 attachments**

**Hassan Khan Chronology.docx**
24 KB

**ATT00001.htm**
216 B

**May 2015 expectations memo.pdf**
1.4 MB

**ATT00002.htm**
168 B

# EXHIBIT __12__



## Please sign Muhammad Khan Amended Complaint

message

**Robert Isenberg** <echosign@echosign.com>                          Thu, Sep 7, 2017 at 16:03
Reply-to: Robert Isenberg <Robert.Isenberg@dfeh.ca.gov>
To: akahassan@gmail.com <akahassan@gmail.com>





# Robert Isenberg Has Sent You Muhammad Khan Amended Complaint to Sign

Robert Isenberg (Department of Fair
Employment and Housing) says:
*"Please review and complete Muhammad Khan
Amended Complaint."*

Click here to review and sign Muhammad Khan
Amended Complaint.

After you sign **Muhammad Khan Amended
Complaint**, the agreement will be sent to Robert
Isenberg. Then, all parties will receive a final PDF
copy by email.

To ensure that you continue receiving our emails, please add                    to your address book or safe list.

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _____MOHAMMAD KHAN_____, declare:

I am over 18 years of age and a party to this action. I am a resident of _____

_____Correctional   Training   Facility_____Prison,

in the county of _____MONTEREY_____.

State of California. My prison address is: _____Po Box 689,  BF7156_____.

_____SOLEDAD,  CA  93960_____

On_____April 18, 2019_____
                              (DATE)

I served the attached: _____Proposed  Amended  Complaint_____.

_____
                          (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

Clerk's Office
US  District  Court
280  South  1st  Street
SAN JOSE  CA  95113

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _April 18, 2019____     _____
            (DATE)                      (DECLARANT'S SIGNATURE)