UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>    Plaintiff,<br><br>v.<br><br>SAP LABS, LLC,<br><br>    Defendant. | Case No. 18-cv-07490-BLF<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; AND DENYING DEFENDANT'S REQUEST FOR REVOCATION OF PREVIOUSLY GRANTED EXTENSION OF PLAINTIFF'S DEADLINE TO OPPOSE MOTION TO DISMISS**<br><br>[Re: ECF 72, 73] |

Plaintiff's Motion for Leave to File a Motion for Reconsideration (ECF 72) is DENIED. Plaintiff has failed to show reasonable diligence in bringing the motion, and he has failed to demonstrate the existence of a material difference in law or fact, the existence of new law or fact, or a manifest failure of the Court to consider law or fact presented to the Court before it issued the order of which reconsideration is sought. *See* Civ. L.R. 7-9(b).

Defendant's request (ECF 73) that the Court revoke a previously granted extension of Plaintiff's deadline to oppose Defendant's pending motion to dismiss is DENIED.

**IT IS SO ORDERED.**

Dated: April 24, 2020

_____
BETH LABSON FREEMAN
United States District Judge