**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>   Plaintiff,<br><br>v.<br><br>SAP LABS, LLC,<br><br>   Defendant. | Case No. 18-cv-07490-BLF<br><br>**ORDER RE PLAINTIFF'S REPLY TO ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>[Re: ECF 75] |

Plaintiff's has filed a "Reply" (ECF 75), requesting that the Court reconsider its Order Denying Plaintiff's Motion for Leave to File Motion for Reconsideration (ECF 74). Plaintiff's request is DENIED on the basis that Plaintiff has not demonstrated a material difference in law or fact, new law or fact, or a manifest failure of the Court to consider law or fact presented to the Court before it issued the Order Denying Plaintiff's Motion for Leave to File Motion for Reconsideration (ECF 74). *See* Civ. L.R. 7-9(b).

**IT IS SO ORDERED.**

Dated: June 3, 2020

_____
BETH LABSON FREEMAN
United States District Judge