UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>    Plaintiff,<br><br>v.<br><br>SAP LABS, LLC,<br><br>    Defendant. | Case No.   18-cv-07490-BLF<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**<br><br>[Re:  ECF 96] |

Plaintiff has filed a motion for appointment of counsel to represent him during the settlement conference scheduled for January 8, 2021 with Magistrate Judge Robert M. Illman. *See* Mot., ECF 96.  The motion is DENIED for the reasons discussed below.

"Generally, a person has no right to counsel in civil actions."  *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).  "However, a court may under 'exceptional circumstances' appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1)."  *Id*.  In making a determination whether exceptional circumstances exist, the court must consider both the ability of the plaintiff to articulate his or her claims *pro se* and the plaintiff's likelihood of success on the merits.  *Id*.  "Neither of these considerations is dispositive and instead must be viewed together."  *Id*.

The Court has found Plaintiff's papers adequate to articulate his claims throughout several rounds of pleading, and a single claim against Defendant SAP Labs, LLC has survived.  *See* Order Granting in Part Mot. to Dismiss, ECF 80.  That claim is not particularly robust.  *See id*. at 7 (noting that Court read Plaintiff's allegations "liberally" and drew all reasonable inferences in his favor).  However, the Court has determined that the parties may benefit from a settlement

conference with Judge Illman.  *See* Order of Reference, ECF 90.  Judge Illman is experienced in conducting settlement conferences with unrepresented inmates.  Under these circumstances, the Court finds that Plaintiff has not demonstrated the existence of exceptional circumstances warranting appointment of counsel.

**IT IS SO ORDERED.**

Dated:  December 30, 2020

_____
BETH LABSON FREEMAN
United States District Judge