# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>    Plaintiff,<br><br>v.<br><br>SAP LABS, LLC,<br><br>    Defendant. | Case No. 18-cv-07490-BLF<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR CORRECTION ON CAUSES OF ACTION**<br><br>[Re: ECF 97] |

Plaintiff has filed a Motion for Correction on Causes of Action, requesting leave to revive his claim for intentional infliction of emotional distress ("IIED"), which was dismissed by the Court. *See* Motion for Correction, ECF 97. Plaintiff asserts that when he was seeking representation in this case, he became aware of case authority indicating that discrimination and harassment are not normal incidents of employment, and he contends that he should be permitted to add a claim for IIED. *See id.* at 2. The Court dismissed Plaintiffs' IIED claim as time-barred. *See* Order Denying Plaintiff's Motion to Remand at 26, ECF 58. Plaintiff does not address the time-bar in his current motion. Accordingly, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: December 30, 2020

_____
BETH LABSON FREEMAN
United States District Judge