UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAP LABS, LLC,<br><br>　　　　Defendant. | Case No.  18-cv-07490-BLF   (RMI)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

On October 5, 2020, this action was referred the undersigned for settlement (dkt. 90). The undersigned then set a video settlement conference for January 8, 2021 (dkt. 91), with the Plaintiff to appear from the Correctional Training Facility in Soledad, CA.

Thereafter, on January 8, 2021, prison officials informed the undersigned that Plaintiff refused to come out of his cell to attend the settlement conference, allegedly stating to the prison guard that "it had been taken care of." Due to Plaintiff's non-appearance, the undersigned was unable to conduct the January 8, 2021 settlement conference. On January 12, 2021, a Motion for Extension of Time of Settlement Conference (dkt. 100) filed by Plaintiff was entered into CM/ECF. Notably, there was a three-week delay between the date of Plaintiff's Motion, December 21, 2020, and when it was entered into the court's filling system, on January 12, 2021.

Plaintiff's refusal to attend the settlement conference must now be addressed. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why he failed to attend the previously ordered settlement conference. The court would note that simply filing a motion to continue the settlement does not relieve Plaintiff of his responsibilities to attend court ordered proceedings. The matter is HEREBY set for a telephonic hearing on **January 26, 2021** at 10:00 AM, with the court having

made all the necessary preparations for Plaintiff to participate from the Correctional Training Facility. In advance of the hearing, Plaintiff must file a written response to this order to show cause no later than **January 22, 2021**, and his response must be made under penalty of perjury.

The response shall be mailed to the Clerk of the Court's office at 450 Golden Gate Avenue San Francisco, CA 94102-3489. Failure to show cause may result in sanctions, including the undersigned recommending that this case be dismissed for failure to abide by the orders of the court.

As to Plaintiff's Motion for Extension of Time of Settlement Conference (dkt. 100), that motion is DENIED as moot.

**IT IS SO ORDERED.**

Dated: January 14, 2021

ROBERT M. ILLMAN
United States Magistrate Judge