**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAP LABS, LLC,<br><br>　　　　Defendant. | Case No.  18-cv-07490-BLF<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MSJ**<br><br>[Re:  ECF 142] |

The Court has reviewed Plaintiff Muhammad Khan's Motion for Extension of Time to Respond to MSJ (ECF 142) and Defendant SAP Labs, LLC's opposition thereto (ECF 143). Plaintiff's motion for extension of time is DENIED.

*First Extension of Plaintiff's Deadline to File Opposition to Summary Judgment*

Defendant's motion for summary judgment was filed on January 14, 2022, making Plaintiff's opposition due two weeks later under the Civil Local Rules.  *See* Mot., ECF 127.  At Defendant's request the Court granted Plaintiff five weeks to oppose, until February 18, 2022, to preempt any request for additional time.  *See* Order Granting Def.'s Admin. Mot., ECF 130.

*Second Extension of Plaintiff's Deadline to File Opposition to Summary Judgment*

Plaintiff did not file opposition within the extended deadline, but instead filed seven other documents.  *See* ECF 131, 132, 133, 134, 135, 136, 137.  The Court construed Plaintiff's filings as a request for additional time under Federal Rule of Civil Procedure 56(d) and denied that request. *See* Order Re Seven Documents, ECF 138.  However, the Court granted a second extension, to March 16, 2022, to ensure that Plaintiff had an opportunity to oppose Defendant's motion.  *See id*.

*Third Extension of Plaintiff's Deadline to File Opposition to Summary Judgment*

Plaintiff responded with a "Preliminary Reply," stating that he had not received the Court's prior order until March 15, 2022, the day before his extended deadline to file opposition; he would

submit a "rough opposition" at a future date; and he would inform the Court what discovery and case law he needed. *See* Pl.'s Prelim. Reply, ECF 139. Defendant filed a response pointing out that Plaintiff's prior Rule 56(d) request had been denied, and that Plaintiff had not shown a need for discovery or case law given that the main ground for summary judgment was Plaintiff's own sworn statement. *See* Def.'s Response, ECF 140.

The Court agreed with Defendant that Plaintiff was not entitled to a further extension of time, but in light of Plaintiff's representation regarding the delay in transmittal of the Court's prior order, the Court extended Plaintiff's opposition deadline an additional fourteen days, to April 6, 2022. *See* Order Granting Third and Final Extension, ECF 141. The Court advised Plaintiff that "[n]o further extensions will be granted." *Id*.

*Plaintiff's Current Request for a Fourth Extension is not Well-Taken*

In Plaintiff's current request for a fourth extension of his deadline to oppose summary judgment, Plaintiff states that he needs time to review documents that will be produced in his criminal case. He asserts that without the expected documents, he will have to rely on Defendant's exhibits, which Plaintiff says are missing emails and are redacted. As noted above, the Court has denied Plaintiff's request for a continuance under Rule 56(d). To the extent Plaintiff is attempting to make a new Rule 56(d) request, he has not explained why the documents from his criminal case are necessary to oppose Defendant's motion in this civil case, what emails are missing from Defendant's exhibits, or how the limited redactions to Defendant's exhibits hamper him from filing an opposition.

The Court has granted Plaintiff several opportunities to file opposition to Defendant's summary judgment motion. Instead of doing so, Plaintiff has filed numerous other documents and requested extensions of his opposition deadline without showing an adequate basis for such extensions. The Court finds that granting any further extensions would prejudice Defendant and drag out resolution of this four-year-old case. Plaintiff's request for further extension is DENIED.

**IT IS SO ORDERED.**

Dated: April 18, 2022

BETH LABSON FREEMAN
United States District Judge

2