UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MUHAMMAD KHAN,

    Plaintiff,

v.

SAP LABS, LLC,

    Defendant.

Case No. 18-cv-07490-BLF

**ORDER ADVISING THAT COURT LACKS JURISDICTION TO CONSIDER PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE APPEAL; AND TERMINATING MOTION**

[Re: ECF 197]

This Court entered judgment for Defendants and against Plaintiff on August 30, 2022, and denied Plaintiff's motion to alter or amend judgment on March 6, 2023. *See* Jud., ECF 179; Order, ECF 190. Plaintiff filed a notice of appeal on April 19, 2023, acknowledging that the notice of appeal was "delayed" but requesting that it be considered on several grounds, including an asserted delay in receiving the order denying his motion to alter or amend judgment, medical issues, and the fact that the jail typewriter was broken. *See* Not. of Appeal, ECF 191.

On June 2, 2023, the United States Court of Appeals for the Ninth Circuit dismissed Plaintiff's appeal for lack of jurisdiction on the ground that the appeal was untimely. *See* USCA Order, ECF 194. The Ninth Circuit stated that the 30-day deadline for appeal is jurisdictional and that courts lack authority to create equitable exceptions. *See id.* The Ninth Circuit's mandate issued on June 26, 2023. *See* Mandate, ECF 196.

On June 30, 2023, Plaintiff filed a motion before this Court seeking an extension of time to file his appeal. *See* Pl.'s Mot. for Extension, ECF 191. This Court is without jurisdiction to grant

the requested relief.  The rule of mandate doctrine prohibits a lower court from taking any action that contradicts the mandate of an appellate court.  *See Hall v. City of Los Angeles*, 697 F.3d 1059, 1067 (9th Cir. 2012) ("A district court that has received the mandate of an appellate court cannot vary or examine that mandate for any purpose other than executing it.").  Accordingly, this Court cannot take any action contradicting the Ninth Circuit's mandate giving effect to its June 2, 2023 judgment dismissing Plaintiff's appeal as untimely.

Plaintiff's motion for an extension of time to appeal is TERMINATED.

**IT IS SO ORDERED.**

Dated:  July 6, 2023

_____
BETH LABSON FREEMAN
United States District Judge

2