UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MUHAMMAD KHAN,

    Plaintiff,

v.

SAP LABS, LLC,

    Defendant.

Case No. 18-cv-07490-BLF

**ORDER GRANTING PLAINTIFF'S MOTION TO VACATE PLRA FEES**

[Re: ECF 206]

    Plaintiff has filed a Motion to Vacate PLRA Fees in this Matter, stating that he never filed an application to proceed *in forma pauperis* ("IFP") in this case but that funds for the federal filing fee are being deducted from his prison trust account. *See* Pl.'s Motion to Vacate PLRA Fees. Plaintiff seeks relief from the Court.

    Plaintiff did file an IFP application in this case on February 13, 2019, which this Court granted by order dated February 27, 2019 ("IFP Order"). *See* Pl.'s IFP Applic., ECF 25; IFP Order, ECF 27. The Court's IFP Order stated that Plaintiff would be required to pay the federal filing fee in this case pursuant to the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915, and directed that funds be deducted from Plaintiff's prison trust account for that purpose. The Court's IFP Order was in error, because Plaintiff did not file this case in federal district court. Plaintiff filed the case in state court, after which Defendants removed it to federal district court. *See* Defs.' Notice of Removal, ECF 1. Because Defendants removed the case, they were responsible for paying the federal filing fee. *See* 28 U.S.C. § 1914(a); *Harris v. Mangum*, 863 F.3d 1133, 1141 (9th Cir. 2017) ("Defendants were the parties who brought this case to federal

court when they removed it from state court, and it was their responsibility to pay the federal filing fee[.]"). The docket reflects that Defendants did pay the federal filing fee when they removed the case. *See* Docket Entry, ECF 1.

Accordingly, Plaintiff's Motion to Vacate PLRA Fees in this Matter is GRANTED.

**ORDER**

(1) The Court hereby VACATES the portion of its IFP Order (ECF 27) stating that Plaintiff must pay the federal filing fee and authorizing deduction of funds from his prison trust account for that purpose.

(2) Any funds deducted from Plaintiff's prison trust account to pay the federal filing fee in this case SHALL be refunded.

(3) This order has no effect on any obligation Plaintiff may have to pay federal filing fees in any other case.

(4) This order terminates ECF 206.

Dated:  June 24, 2024

BETH LABSON FREEMAN
United States District Judge